1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON (TACOMA)**

9  | EMANUEL MCCRAY, *Also Known As* )Case No.:  3:25-cv-05660-RAJ
10 | *"TrumpGenius",*                )
                                      )
11 |                      Plaintiff,) **CIVIL COMPLAINT**
12 |     -against-                   )(1) Violation of 18 U.S.C. § 1030
                                      )(2) Negligence
13 | MICROSOFT CORPORATION, *A*      )(3) Gross Negligence
14 | *Corporation Organized and Existing* )
    | *Under the Laws of the State of*  )
15 | *Washington,*                     )
                                      )
16 |                     Defendant.)
17 |                                  )

18
19      Plaintiff Emanuel McCray (McCray), also known as "TrumpGenius,"

20 appearing personally pursuant to 28 U.S.C. § 1654, alleges for his complaint against

21 the above-named Defendants, as follows:

22
                              **INTRODUCTION**
23

24 1.      This action involves the familiar expression, "technology always outpaces

25 policy," and is commenced to obtain redress against Defendant for negligent

26
   deprivation of Plaintiff's right to engage in interstate and foreign commerce and
27

28
                                          1

Defendant's failure to perform the duty of informing the authorities of the United States of felony violations of the laws of the United States by individuals, including possibly Defendant's own Officers and employees.

2.    Microsoft's alleged duties involving care, described herein, are closely associated with Defendant's failure to develop and maintain agile and future-oriented approaches to technology governance, artificial intelligence ("AI") and automation, "Big Data" and privacy, the constant evolution of cyber threats, cybersecurity policies and cyber counterintelligence and defensive measures.

### JURISDICTION

3.    This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 because Plaintiff McCray alleges violations of Title 18 U.S.C. § 1030 and his rights under the U.S. Constitution.

4.    This Court has authority to grant declaratory and other relief under the Declaratory Judgment Act, 28 U.S.C. §§ 2201(a) and 2202, respectively.

### VENUE

5.    Venue is proper in this Court under 28 U.S.C. §§ 1391(b)(1) and 1391(b)(2) because the Defendant is located, resides, and or has offices in this judicial district; and the violations the laws complained of occurred, are occurring and or will continue to occur from within this judicial district.

**PARTIES**

6.      Plaintiff McCray is a citizen of the United States; a resident of the State of

Washington; a former military Intelligence, Counterintelligence and Human

Intelligence Officer; a former military Intelligence Interrogator; a former military

Commander of a Technical Surveillance Countermeasures Unit within the United

States Armed Forces; and was formerly trained in the military intelligence program

known as "Tactical Exploitation of National Capabilities ("TENCAP")."

7.      Defendant Microsoft Corporation ("Microsoft") is a profit corporation

organized and existing under the laws of the State of Washington, with its principal

headquarters located at: 1 Microsoft Way, Redmond, WA 98052.

**FACTUAL ALLEGATIONS**

8.      Defendant Microsoft owns the "Windows" family of operating systems

("OS") which encompasses both client (desktop/laptop) and server versions, and

specialized operating systems such as Windows Internet-of-Things ("IoT") for

embedded systems.

9.      The Windows client/desktop is the most widely recognized Microsoft OS

used on personal computers, laptops, and tablets.

10.      The Windows Server is designed for server environments which provides

features for managing networks, data storage, and applications and sharing services

among multiple users.

3

11.    The Windows IoT is a family of Windows OS designed for embedded systems, such as industrial automation, medical devices, and digital signage.

12.    Defendant Microsoft also provides digitized postal communications commonly known as electronic mail ("email") or "webmail," which enables users to subscribe to this service by setting up a virtual post office box to send and receive email messages over the internet using Defendant Microsoft's operating system.

13.    Defendant Microsoft's "Hotmail.com," considered the pioneer, was one of the first webmail services that succeeded in digitizing traditional postal communications.

14.    "Outlook.com," a web-based suite of webmail, contacts, tasks, and calendaring services, replaced by Hotmail.com in 2013. The name "Hotmail" is still associated with email addresses and the underlying services, and its ownership are part of Microsoft's broader Outlook platform.

15.    Initially, Hotmail's basic services were offered for free to subscribers with limited storage for messages. Users could upgrade their storage by paying a monthly or annual fee.

16.    The Hotmail service was designed to monetize the traffic from its email users with advertisements, which included "sponsored articles" as well as display advertisements, while the core product remained free to the user.

4

17.    Defendant Microsoft further uses the data created by its subscriber's traffic to create "demographic" profiles of its subscribers. These profiles allow Microsoft to monetize its subscriber's traffic by letting advertisers target their ads to specific demographic user groups in an attempt to reach a higher conversion rate.

18.    X Corp. is the creator, owner and provider of the "X" service, which is a real-time, open, public social media conversation platform that allows users to create and share ideas and information instantly through various product features, including public posts.

19.    Social media users can interact with the X service platform through Defendant Microsoft's operating systems through the Twitter/X application and web browsers such as Microsoft Edge, Google Chrome, or other browsers available on Windows devices.

20.    Twitter/X service features available on Defendant Microsoft's Windows and through web browsers include retweeting and quoting tweets; commenting and replying to posts; "liking" tweets; sending direct messages; accessing features such as the timeline, explore, notifications, messages, bookmarks, lists, and user profiles; and viewing analytics for individual tweets and accounts.

21.    Through "Windows 11," Defendant Microsoft introduced features like improved widgets and extended file sharing options to applications such as "Snapchat" and "Instagram" to enhance social media integration.

5

22.     Individuals or entities performing the censorship of speech and information are called "Censors." Censorship itself can be carried out by various actors, including governments, institutions, and even individuals through self-censorship.

23.     On January 8, 2021, "Twitter permanently suspended the account of [@realDonaldTrump]" which was associated with then-President Trump. "[It was] what so many inside the company had long wanted to do: Ban the president."[1]

24.     Immediately after then-President Trump was banned, then-Twitter CEO Jack Dorsey expressed being under the impression that (1) he lacked power to prevent the ban and (2) the ban of a sitting President had "global" implications:

> "Less than a week after Trump's ban, Dorsey wrote on Twitter that such a ban "sets a precedent I feel is dangerous: the power an individual or corporation has over a part of the global public conversation.'"[2]

25.     In their news article covering then-President Trump's ban, Bari Weiss, Isaac Grafstein, Suzy Weiss, Michael Shellenberger, Peter Savodnik and Olivia Reingold revealed how a group of Twitter employees suddenly, in the form of a social media coup d'état and during the COVID-19 pandemic hoax, seized the power of the corporation and used it to permanently remove a sitting U.S. President from the Twitter platform, in part, to please "President-Elect Biden":

---

[1] *"Why Twitter Really Banned Trump."* Available from https://docs.house.gov/meetings/IF/IF16/20230328/115561/HHRG-118-IF16-20230328-SD016.pdf; and https://www.thefp.com/p/why-twitter-really-banned-trump.
[2] *Id.*

6

1
2
3
4
5
6
7
8
9
10

"But by January 6, 2021, [Twitter] employees were organizing via Slack, clamoring for Trump to be removed. There were dissenters inside Twitter. "Maybe because I am from China," said one employee on January 7, "I deeply understand how censorship can destroy the public conversation." Voices like that one appear to have been a distinct minority within the company. Across Slack channels, many Twitter employees were upset that Trump hadn't been banned earlier. "There is a lot of employee advocacy happening," wrote one Twitter employee on January 6. "We have to do the right thing and ban this account," said another on January 8. On that day, the Washington Post published an open letter signed by over 300 Twitter employees to Dorsey demanding Trump's ban. "We must examine Twitter's complicity in what President-Elect Biden has rightly termed insurrection," it read."[3]

11

26.     On April 28, 2021, Plaintiff McCray's Twitter account, "@trumpgenius2,"

12
13

https://x.com/trumpgenius2, was blocked by X Corp.'s social media product design

14

features while Plaintiff was using Defendant Microsoft's Windows OS:

15
16
17
18
19
20
21
22
23
24
25
26



27
28

------

[3] *Id.*

27.    As the above tweet shows, X Corp.'s Censors simultaneously targeted "Emanuel Mccray" on Twitter, Facebook and YouTube. This social media product design feature, blocking, was responsible for preventing individuals within the United States and around the world from seeing and or hearing the global speech of an American citizen about the American Academy Awards; information disfavorable to the reputations of the Chinese Communist Party ("CCP") and its leader, Xi Jinping, and information disfavorable to the global COVID-19 policies of a "mere force of numbers" global COVID-19 conspiracy.

28.    X Corp.'s social media product design features includes X Corp.'s use of the "immunity" and "preemption" provisions of 47 U.S.C. §§ 230(c)(2), 230(e)(3) and 230(f)(2), respectively.

29.    On Thursday, July 10, 2025, at 11:29AM (Pacific Standard Time), McCray received the following email in his Microsoft "Junk" email folder from one or more individuals via Internet Protocol ("IP") Address "194.55.103.111 (*hereinafter* "IP 194.55.103.111)":

///

///

///

///

///

8



30.    Through "Outlook," Defendant Microsoft provides "headers" with each

email, also known as internet message headers. These headers are a set of technical

details about an email message, including sender, recipient, subject, authentication

results and routing information.

31.     The header is usually hidden but can be accessed to verify authenticity, track the email's origin, troubleshoot delivery issues, and identify potential spoofing, phishing, fraud or criminal activities.

32.     The technical details, in part relevant to this action, informed Defendant Microsoft that a felony crime was in progress given the fact that the authentication results flagged the sender as being engaged in sending an email without the permission of Microsoft's Outlook and Hotmail domains:

```
Received: from SA1P220MB1385.NAMP220.PROD.OUTLOOK.COM (::1) by
PH0P220MB0523.NAMP220.PROD.OUTLOOK.COM with HTTPS; Thu, 10 Jul 2025
18:29:33 +0000
Received: from SJ0PR05CA0167.namprd05.prod.outlook.com (2603:10b6:a03:339::22) by
SA1P220MB1385.NAMP220.PROD.OUTLOOK.COM (2603:10b6:806:3c9::5) with
Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.8922.22; Thu, 10
Jul 2025 18:29:32 +0000
Received: from SJ1PEPF000026C7.namprd04.prod.outlook.com
(2603:10b6:a03:339:cafe::9e) by SJ0PR05CA0167.outlook.office365.com
(2603:10b6:a03:339::22) with Microsoft SMTP Server (version=TLS1_3,
cipher=TLS_AES_256_GCM_SHA384) id 15.20.8943.7 via Frontend Transport; Thu, 10
Jul 2025 18:29:32 +0000
Authentication-Results: spf=fail (sender IP is 194.55.103.111)
smtp.mailfrom=hotmail.com; dkim=none (message not signed) header.d=none;dmarc=fail
action=none header.from=hotmail.com;
Received-SPF: Fail (protection.outlook.com: domain of hotmail.com does not designate
194.55.103.111 as permitted sender) receiver=protection.outlook.com; client-
ip=194.55.103.111; helo=coolsummitpass.net;
Received: from coolsummitpass.net (194.55.103.111) by
SJ1PEPF000026C7.mail.protection.outlook.com (10.167.244.104) with Microsoft SMTP
Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384)
id 15.20.8922.22 via Frontend Transport; Thu, 10 Jul 2025 18:29:31 +0000
X-IncomingTopHeaderMarker:
OriginalChecksum:F8F95894DB61551CC8B1E497B062B17DBD9E404D8072006D2AA
D65074A4A63CB;UpperCasedChecksum:9408B15ED1FEE55C565FF3FE5FE21D572C1
00D591BCF73AD763AA5661A66771E;SizeAsReceived:346;Count:7
Message-ID: <aff4bd166a77070c2ab0f953a6b299ccae5fc6@hotmail.com>
From: "emanuel.mccray@hotmail.com" <emanuel.mccray@hotmail.com>
To: <emanuel.mccray@hotmail.com> Subject: <emanuel.mccray@hotmail.com>
```

```
Date: Thu, 10 Jul 2025 11:29:29 -0700
Content-Type: multipart/alternative; boundary="0ba16012bc78576c4fe4acd722b8e90a7d"
X-IncomingHeaderCount: 7
Return-Path: emanuel.mccray@hotmail.com
X-MS-Exchange-Organization-ExpirationStartTime: 10 Jul 2025 18:29:32.0940 (UTC)
```

33.     The error "Received-SPF: Fail (protection.outlook.com: domain of

hotmail.com does not designate 194.55.103.111 as permitted sender)," indicates that

the email was claiming to be from Plaintiff using his hotmail.com email account,

but was in fact sent via Internet Protocol ("IP") "194.55.103.111," which failed

Defendant Microsoft's Sender Policy Framework (SPF) authentication check.

34.     Specifically, the email server, "protection.outlook.com," found that the

sending IP address, 194.55.103.111, was not authorized to send this email on behalf

of Microsoft's hotmail.com domain.

35.     The header comment, "does not designate 194.55.103.111 as permitted

sender," is the core issue with this email because the domain SPF records for

Microsoft's "Outlook.com" and "Hotmail.com", did not include "IP

194.55.103.111" on their list of authorized senders.

36.     Other glaring inconsistencies were derived from the last "Received" line and

the "Return" path, respectively:

```
Received: from coolsummitpass.net (194.55.103.111) by
SJ1PEPF000026C7.mail.protection.outlook.com (10.167.244.104) with Microsoft
SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.8922.22
via Frontend Transport; Thu, 10 Jul 2025 18:29:31 +0000

Return-Path: emanuel.mccray@hotmail.com
```

11

37.    The email header's "received" from and "return" to information do not

match. Rather than block the sender from completing the transaction by returning

the email to its sender, Defendant Microsoft allowed the sender to attempt to

complete the Federal crimes of extortion, blackmail, identity theft, aggravated

identity theft and computer crimes.

38.    The contents of this email further informed Defendant Microsoft that the

sender had assumed a means of identification of Plaintiff McCray in furtherance of

the attempt to commit other Federal offenses and had assumed a means of

identification of Defendant Microsoft in furtherance of the attempt to commit other

Federal offenses.

39.    Defendant Microsoft did not immediately notify Federal and State law

enforcement agencies of this alleged criminal breach of one of the United States'

digitized communications services.

40.    This national security threat incident coincided with McCray's filing, on July

6, 2025, of a Motion To Intervene in *X Corp. v. James*, Civil Docket Case No: 1:25-

cv-05068-JPC, Docket No. 13, in the U.S. District Court, Southern District of New

York (Foley Square), which is assigned to the Honorable Judge John P. Cronan.

41.    In this court filing, X Corp. was alleged to have aided and abetted, or

otherwise facilitated the Communist Party of China ("CCP") in illegally blocking

McCray's content posted on "@trumpgenius2," https://x.com/trumpgenius2, among

other serious allegations of foreign interference in the enjoyment of Federal

constitutional rights guaranteed to citizens of the United States.

42.     On December 4, 2024, the House of Representatives Select Subcommittee on

the Coronavirus Pandemic concluded its two-year investigation into the COVID-19

pandemic and released a final report titled "*After Action Review of the COVID-19

Pandemic: The Lessons Learned and a Path Forward*,"[4] (hereinafter "AAR").

43.     The AAR, relevant to this action, addressed "numerous grant policy

violations and accusations of facilitating dangerous research at the WIV [Wuhan

Institute of Virology in Wuhan, China]" involving EcoHealth Alliance, Inc., "a non-

profit scientific research organization that is primarily funded by U.S. taxpayer

dollars," and the leadership of which included "Peter Daszak" ("Daszak").

44.     The AAR specifically found, from an email thread at page 25 of 520, that

Daszak was among the many scientists who conspired to discredit the "lab-leak

theory" as a "conspiracy theory" with the publication of a science article titled "*The

proximal origin of SARS-CoV-2*" ("Proximal Origin"):[5]

///

///

---

[4] Available from https://oversight.house.gov/wp-content/uploads/2024/12/2024.12.04-SSCP-FINAL-REPORT-ANS.pdf.
[5] Andersen KG, Rambaut A, Lipkin WI, Holmes EC, Garry RF. *The proximal origin of SARS-CoV-2.* Nat Med. 2020 Apr;26(4):450-452. doi: 10.1038/s41591-020-0820-9. PMID: 32284615; PMCID: PMC7095063. Available from https://pmc.ncbi.nlm.nih.gov/articles/PMC7095063/.

13

According to Dr. Farrar, in addition to the specific goal of disproving the lab leak theory, Proximal Origin was to be a "go to scientific statement to refer to."[103] Further, Dr. Farrar e-mailed Dr. Daszak and stated the goal of Proximal Origin was to "effectively [put] to bed the issue of the origin of the virus."[104]

| From: | Jeremy Farrar ◄ |  |  |
|---|---|---|---|
| To: | "Peter Daszak" |  | "Christian Drosten" |
|  |  | "Michael RYAN" ◄ | "Bernhard F. SCHWARTLANDER" |
| Subject: | COVID-19 issue |  |  |
| Sent: | Wed 2/12/2020 9:34:49 AM (UTC-05:00) |  |  |

Got a texi to airport and on flight with Peter.

I hope there is a paper/letter ready this week to go to Nature (and WHO) which effectively puts to bed the issue of the origin of the virus.

I do think important to get ahead of even more discussion on this which may well come if this spreads more to US and elsewhere and other "respected" scientists publish something more inflammatory.

---

[103] E-Mail from Jeremy Farrar, Ph.D., Dir., Wellcome Trust, to Kristian Andersen, Ph.D., Professor, Scripps Research, *et. al.* (Feb. 8, 2020).
[104] E-Mail from Jeremy Farrar, Ph.D., Dir., Wellcome Trust, to Peter Daszak, Ph.D., Pres., EcoHealth Alliance, Inc. (Feb. 12, 2020, 9:34 AM).

Page **25** of **520**

45.     The Proximal Origin authors credited with the publication were identified as Kristian G. Andersen, Andrew Rambaut, W. Ian Lipkin, Edward C. Holmes, and Robert F. Garry.

46.     The AAR found that on February 8, 2020, Kristian G. Andersen, co-author of the Proximal Origin, wrote, in part:

> "Our main work over the past couple of weeks has been focused on trying to disprove any type of lab theory, but we are a crossroad where the scientific evidence isn't conclusive enough to say that we have high confidence in any of the three main theories considered."

14

47. On July 11, 2023, Congress conducted a hearing titled "Investigating the Proximal Origin of a Cover Up." Andrew Rambaut and Edward Holmes, co-authors of the Proximal Origin, declined to attend.

48. The AAR revealed that Congress learned the creation of the publication, "The Proximal Origin of SARS-CoV-2," was "prompted" by Anthony Fauci ("Fauci") to "disprove" the lab leak theory, set forth at pages 5-57 of 520.

49. On January 10, 2020, Edward C. Holmes, a pre-COVID-19 colleague of Fauci, without prior authorization of CCP officials, published the full genome sequence of "SARS-CoV-2" on a website named "Virological.org."[6] This website listed "Andrew Rambaut" as the "administrator", who was also connected with the "ARTIC Network."[7]

50. In turn, the Artic Network's website listed "Kristian Andersen" of the Scripps Research Institute in La Jolla, CA; David Spiro of the National Institutes of Health; Dhamari Naidoo, of the WHO, as a "collaborator[]";[8] "Andrew Rambaut" of the

---

[6] Jon Gertner. *Unlocking the Covid Code.* The New York Times Magazine. March 25, 2021. Available from https://www.nytimes.com/interactive/2021/03/25/magazine/genome-sequencing-covid-variants.html; Jon Cohen. *Chinese researchers reveal draft genome of virus implicated in Wuhan pneumonia outbreak.* January 11, 2020. Available from https://www.sciencemag.org/news/2020/01/chinese-researchers-reveal-draft-genome-virus-implicated-wuhan-pneumonia-outbreak; Edward C. Holmes. *Novel 2019 coronavirus genome.* Available from https://virological.org/t/novel-2019-coronavirus-genome/319.

[7] Available from https://virological.org/about.

[8] Available from https://artic.network/6-collaborators.html.

15

University of Edinburgh and "Trevor Bedford"[9] of the Fred Hutch Center[10] as

members;[11] and the "Wellcome Trust" among its "Partners:"[12]



**Partners**
- University of Edinburgh
- University of Birmingham
- University of Cambridge
- KU Leuven
- University of Oxford
- Fred Hutchinson Cancer Research Center
- University of California Los Angeles

51.    The Artic Network's organization was "Funded by the Wellcome Trust

(Collaborators Award 206298/Z/17/Z)." At the time of funding, Jeremy Farrar

("Farrar"), a colleague of Anthony Fauci, was serving as the Director of the

Wellcome Trust ("Trust").[13]

52.    The Wellcome Trust's Board of Governors included Elhadj As Sy,[14] who was

also serving as Co-Chair of the World Bank's Global Preparedness Monitoring

Board ("GPMB"), [15] along with CCP scientist George Gao, Farrar and Fauci.[16]

---

[9] Trevor Bedford and Richard Neher founded the website Nextstrain.org. Jon Cohen. *Mining coronavirus genomes for clues to the outbreak's origins.* Science Magazine. January 31, 2020. Available from https://www.sciencemag.org/news/2020/01/mining-coronavirus-genomes-clues-outbreak-s-origins.
[10] The Fred Hutchinson Cancer Research Center, a 501(c)(3) nonprofit organization. 1100 Fairview Ave. N., P.O. Box 19024, Seattle, WA 98109-1024.
[11] Available from https://artic.network/3-network-members.html.
[12] Available from https://artic.network/1-about.html.
[13] *Jeremy Farrar reappointed as Wellcome's Director.* Available from https://wellcome.org/news/jeremy-farrar-reappointed-wellcomes-director.
[14] Available from https://wellcome.org/who-we-are/governance/board-governors.
[15] Available from https://apps.who.int/gpmb/.
[16] Available from https://apps.who.int/gpmb/assets/annual_report/GPMB_Annual_Report_English.pdf.

16

53.    Immediately after the full genome sequence of "SARS-CoV-2" was posted

on the Virological.org a website, the following individuals, among others, began

posting their comments regarding the "SARS-CoV-2" data:



54.    A search of the "WHOIS" database maintained by Tucows Domains Inc.

("Tucows")[17] for information on the Virological.org website revealed the website

was privately registered to an entity in Ontario, Canada and that the Registrar was

listed as Google, LLC.

55.    A followup search within the website named "Virological.org" discovered

"Andrew Rambaut" of "ARTIC Network" was performing services as the

administrator of the website.[18]

56.    A Tucows search for information on the website named "artic.network,"

https://artic.network/, revealed the website was associated with Google, LLC and

Ontario, Canada.

---

[17] Available from https://tucowsdomains.com/whois-search/. Similar searches of the
WHOIS databases maintained by Go Daddy and ICANN, respectively, provided similar results:
https://www.godaddy.com/whois/results.aspx?checkAvail=1&domain=virological.org&domainN
ame=virological.org; and https://lookup.icann.org/lookup.
[18] Available from https://virological.org/about.

17

57.    On December 30, 2022, in an article written for China CDC Weekly,[19] Chinese national George F. Gao ("Gao"), who served on the GPMB with Fauci and Elhadj As Sy, among others, recalled that the GPMB "claimed that the next pandemic might be caused by an influenza virus or coronavirus, with coronavirus at the top of the list."

58.    Gao also claimed to be "present in New York at the tabletop exercise of preparedness and response, called Event 201," which included participation from Johnson & Johnson's Adrian Thomas, Vice President, Global Public Health.

59.    Event 201 was a high-level pandemic exercise hosted in October 2019 by the Johns Hopkins Center for Health Security in partnership with the World Economic Forum and the Bill & Melinda Gates Foundation. The purpose of the exercise was to simulate a "fictional coronavirus pandemic" and discuss the preparedness and response challenges that would arise in a real-world scenario.[20]

60.    Avril Haines ("Haines") participated in Event 201 as an individual with a background in government service and is shown in this screen capture seated at the bottom left of CCP representative "George Gao":

---

[19] George F. Gao. *Infodemiology: The Science Studying Infodemic and Inforus[J].* China CDC Weekly, 2022, 4(52): 1181-1182. doi: 10.46234/ccdcw2022.237. On line: December 30, 2022. Available from https://weekly.chinacdc.cn/en/article/doi/10.46234/ccdcw2022.237.

[20] Available from https://centerforhealthsecurity.org/our-work/tabletop-exercises/event-201-pandemic-tabletop-exercise.



61.   On information and belief, Haines has held several positions in the U.S. federal government across multiple administrations. Her career timeline includes:

- **2003-2006:** Worked in the Office of the Legal Adviser at the Department of State.
- **2007-2008:** Served as Deputy Chief Counsel to the Senate Foreign Relations Committee under then-chairman Senator Joe Biden.
- **2008-2010:** Worked for the State Department as Assistant Legal Adviser for Treaty Affairs.
- **2010-2013:** Served in President Obama's Administration as National Security Council Legal Advisor and later becoming Deputy Assistant to the President.
- **2013-2015:** Deputy Director of the Central Intelligence Agency (CIA).
- **2015-2017:** Assistant to the President and Principal Deputy National Security Advisor.
- **October 2019:** Senior Research Scholar at Columbia University; Senior Fellow at the Johns Hopkins University Applied Physics Laboratory; member of the National Commission on Military, National, and Public Service; Principal at WestExec Advisors, and participant in Event 201.
- **2021-2025:** Director of National Intelligence (DNI).

62.   An additional search of Tucows for information on the website named "nextstrain.org," revealed this website was associated with Ontario, Canada.

19

63.    On June 25, 2021, a search within the "Nextstrain.org" website[21] revealed the website was an "open-source project" supported by the National Institutes of Health and the Bill & Melinda Gates Foundation, among others:



64.    On January 28, 2020, the U.S. Department of Justice announced the separate arrests of Dr. Charles Lieber ("Lieber") and Chinese nationals Yanqing Ye and Zaosong Zheng, separately charging the trio in connection with aiding the CCP.[22]

65.    At the time of his arrest, Dr. Lieber specialized in nanoscience and nanotechnology and held nearly 50 patents, including a patent for "interfaces for syringe-injectable electronics."

66.    Dr. Lieber was also Chair of Harvard University's Chemistry and Chemical Biology Department and was alleged to have been maintaining unreported financial and academic associations with the CCP's Wuhan University of Technology ("WUT"). Harvard University was also maintaining a concurrent partnership with the Wuhan Institute of Virology.

---

[21] Available from https://nextstrain.org/.
[22] Harvard University Professor and Two Chinese Nationals Charged in Three Separate China Related Cases. Available from https://www.justice.gov/opa/pr/harvard-university-professor-and-two-chinese-nationals-charged-three-separate-china-related.

67.     On February 13, 2020, The Harvard Crimson reported Harvard University

was being investigated by the United States Department of Education concerning its

relationships with foreign governments, including the CCP.[23]

68.     Fauci's other associations included "Kevin Olival, vice-president for research

of the EcoHealth Alliance.[24]

69.     Congress' investigation of the Government's conspiracy "by America's

leading public health officials" to suppress "the lab-leak hypothesis" found Fauci

was referred to as one of the "'Bethesda Boys.'"[25]

70.     In January 2020, Defendant Microsoft formally launched its "AI for Health"

program which was derived from existing relationships and initiatives that laid the

groundwork for this larger program. These relationships and initiatives included

Novartis and the "Novartis AI Innovation Lab;" Nuance Communications and

Nuance's ambient AI for note-taking into Microsoft's Azure cloud platform to

facilitate its use within the healthcare providers' electronic health record systems;

---

[23] The Harvard Crimson. February 13, 2020.
https://www.thecrimson.com/article/2020/2/13/doe-investigation-foreign-governments/.
[24] Jon Cohen. *Chinese researchers reveal draft genome of virus implicated in Wuhan pneumonia outbreak.* Science Magazine. January 11, 2020. Available from https://www.sciencemag.org/news/2020/01/chinese-researchers-reveal-draft-genome-virus-implicated-wuhan-pneumonia-outbreak.
[25] *Wenstrup Releases Alarming New Report on "Proximal Origin" Authors, NIH Suppression of the COVID-19 Lab Leak Hypothesis.* Committee On Oversight and Accountability, U.S House of Representatives. July 11, 2023. Available from https://oversight.house.gov/release/wenstrup-releases-alarming-new-report-on-proximal-origin-authors-nih-suppression-of-the-covid-19-lab-leak-hypothesis/.

and the Fred Hutchinson Cancer Research Center to explore how AI, machine

learning, and cloud computing could advance cancer research and treatment by

facilitating data sharing and analysis.

71.    Sandra E. Peterson ("Peterson"), before becoming a "Lead Independent

Director" for Defendant Microsoft, Served on the Board of EcoHealth Alliance with

Daszak, Nels Lippert and others during many of the years covered by the AAR.

72.    Previously, Peterson was group worldwide Chairman and led the consumer

and medical devices businesses at Johnson & Johnson; was CEO of Bayer

CropScience AG; CEO of Bayer Medical Care; president of Bayer HealthCare

AG's diabetes care division; and is on the board of trustees of the Institute for

Advanced Study and the American Academy in Berlin.

73.    Congress, in the AAR at pages 119-122 of 520, revealed the existence of a

criminal Grand Jury to investigate COVID-19, and that Nels Lippert, who served

with Peterson on the Board of EcoHealth Alliance, was acting as the "lead" in the

preparation of "genetic sequences" in response to a "DoJ subpoena":



Public Affairs

3.    Legal (TKD – led by Nels Lippert)
   o  1st lawsuit offer to withdraw; 2nd lawsuit motion to dismiss;
      3rd in progress
   o  DoJ subpoena for genetic sequences, docs – almost complete
   o  Negotiating with Congressional committees re. scope/timing
      of requests
   o  Costs manageable - mixture of *pro bono*, reduced rate, and
      capacity to request insurance payment of some costs

74.    Congress also, in the AAR at pages 122 of 520, revealed its knowledge that the CCP's chief scientist, Zheng-Li Shi, who received her Ph.D from Montpellier University II in France, used Defendant Microsoft's "Hotmail" services while working at the Wuhan Institute of Virology in connection with EcoHealth Alliance:

> According to documents, DOJ subpoenaed EcoHealth's communications with, at least, Dr. Shi. This subpoena included both Dr. Shi's official WIV e-mail address and her personal hotmail address.[346]
>
> On Fri, Dec 23, 2022 at 1:25 PM ▮▮▮▮▮▮▮▮▮▮ wrote:
>
> Aleksei,
>
> Can you confirm what methods you used to pull Dr. Shi's emails? Some of the emails collected do not appear to have made contact with either of the Shi inboxes the DOJ is concerned with.
> For example, the attached email is from you to Matt and does not seem to have been directed at Dr. Shi in any form. The proposal attached to the email does contain Shi's email and name throughout, so perhaps the email came up responsive to a search for "▮▮▮@wh.iov.cn".
> Please let me know when you have the chance. Thanks.
>
> OIA Confidential Treatment Requested                                    JLS_00033797

75.    On April 24, 2020, the United States Department of Education notified the University of Texas Medical Branch (UTMB) that it was investigating the University and the "Galveston National Laboratory (GNL) under UTMB's Institute for Human Infections and Immunity.

76.    The Department of Education observed that GNL had substantial contractual relations with a maximum biocontainment laboratory (MCL) in Wuhan, China

23

(Wuhan MCL) (also known as the Wuhan Institute of Virology) which is operated

by the Communist Party of China's Chinese Academy of Sciences.[26]

77.    On December 22, 2020, the United States Department of Education notified

the University of Alabama that it was investigating the University's partnership

with the Wuhan Institute of Virology.[27]

78.    On December 23, 2020, the University of Alabama denied having a

partnership relationship with the Wuhan Institute of Virology.[28]

79.    An inquiry by Plaintiff found the University of Alabama was untruthful in its

public statements made on December 23, 2020. On its official website,[29] the CCP's

---

[26] United States Department of Education Letter to University of Texas System Dated April 24, 2020. https://www2.ed.gov/policy/highered/leg/ut-apr24-2020.pdf; Breitbart News Network. May 1, 2020. https://www.breitbart.com/tech/2020/05/01/department-of-education-investigating-university-of-texas-links-to-wuhan-lab-zoom/; The International Business Times. May 2, 2020. https://www.ibtimes.sg/us-investigating-university-texas-links-controversial-wuhan-institute-virology-china-44224.
[27] United States Department of Education Letter to University of Alabama President's Office Dated December 22, 2020. https://www2.ed.gov/policy/highered/leg/u-alabama-wiv.pdf.
[28] WBRC FOX6 News Birmingham, Alabama. December 23, 2020. https://www.wbrc.com/2020/12/23/university-alabama-says-there-was-no-partnership-with-wuhan-institute-virology/; The Crimson White. December 24, 2020. https://cw.ua.edu/72144/news/ua-denies-alleged-partnership-with-wuhan-institute-of-virology/.
[29] *Partnerships.* Wuhan Institute of Virology, Chinese Academy of Sciences. Available from WayBack Machine https://web.archive.org/web/20180122130751/http://english.whiov.cas.cn/International_Cooperation2016/Partnerships/; *Partnerships.* Wuhan Institute of Virology, Chinese Academy of Sciences. WayBack Machine. Available from https://web.archive.org/web/20180101000000*/http://english.whiov.cas.cn/International_Cooperation2016/Partnerships/.

24

Wuhan Institute of Virology claimed it was maintaining[30] "Partnerships" with citizens of the United States on the dates indicated as follows:

| January 22, 2018 to March 21, 2021 | March 22, 2021 | March 23, 2021 – Present |
|---|---|---|
| EcoHealth Alliance University of Alabama University of North Texas Harvard University National Institutes of Health National Wildlife Federation | EcoHealth Alliance University of Alabama | EcoHealth Alliance |

80.    On July 8, 2025, the U.S. Justice Department announced the arrest of Xu Zewei (徐泽伟), of the People's Republic of China, in Italy at the request of the United States.[31]

81.    Xu Zewei and his co-defendant, PRC national Zhang Yu (张宇), were charged in a nine-count indictment for their involvement in computer intrusions involving Defendant's Microsoft Exchange Server.

82.    The indictment, unsealed on July 8, 2025, alleged that Xu Zewei and a group publicly known as "HAFNIUM," were hacking and stealing crucial COVID-19 research at the behest of the CCP and the PRC's Ministry of State Security's (MSS) Shanghai State Security Bureau (SSSB).

---

[30] See Amos, S. (1874). Chapter VIII (Laws of Ownership or Property: Communism) ("[Every Communistic theory involves a most complicated law of property."), pages 158-159. *The Science of Law*. United Kingdom: Henry S. King & Co.

[31] *Justice Department Announces Arrest of Prolific Chinese State-Sponsored Contract Hacker*. July 8, 2025. Available from https://www.justice.gov/opa/pr/justice-department-announces-arrest-prolific-chinese-state-sponsored-contract-hacker.

83.    Through HAFNIUM, the CCP targeted over 60,000 U.S. entities. After exploiting computers running Defendant's Microsoft Exchange Server, Xu Zewei and his co-conspirators installed difficult to remove "web shells" on these computers to enable their remote administration from within China.[32]

84.    On April 13, 2021, the U.S. Justice Department announced a court-authorized counter-search warrant operation[33] to "remediate" hundreds of computers in the United States made vulnerable by HAFNIUM and the CCP.[34]

85.    On July 8, 2025, CNN reported that while the "indictment did not name any of the universities allegedly targeted by Xu and Zhang,...the University of Texas Medical Branch in Galveston confirmed it was one of them."[35]

86.    In the AAR at pages 38-42 of 520, Congress also learned a perfect virus could be constructed in a laboratory "without leaving a trace":

---

[32] Indictment available from https://www.justice.gov/opa/media/1407196/dl.

[33] *Justice Department Announces Court-Authorized Effort to Disrupt Exploitation of Microsoft Exchange Server Vulnerabilities.* April 13, 2021. Available from https://www.justice.gov/archives/opa/pr/justice-department-announces-court-authorized-effort-disrupt-exploitation-microsoft-exchange.

[34] IN THE MATTER OF THE SEARCH OF Certain Microsoft Exchange Servers Infected with Web Shells; Case No. 4:21mj755, filed April 13, 2021 in the United States District Court for the Southern District of Texas (Houston Division). Available from https://www.justice.gov/archives/opa/press-release/file/1386631/dl?inline.

[35] Sean Lyngaas and Antonia Mortensen. *US seeks extradition of Chinese man held in Italy accused of hacking to steal Covid-19 vaccine research.* CNN. July 8, 2025. Available from https://www.cnn.com/2025/07/08/politics/us-extradition-chinese-man-accused-hacking-covid-research.

26

> Via Slack, Dr. Garry stated, "you can synthesize bits of genes de novo with perfect precision then add them back in without a trace."[165] This idea was reiterated by Dr. Fouchier, who stated, "[M]olecular biologists like myself can generate perfect copies of viruses without leaving a trace, eg the BAM HI site."[166]

| Message | |
| --- | --- |
| From: | R.A.M. Fouchier |
| Sent: | 2/8/2020 2:50:00 PM |
| To: | Andrew Rambaut ; Jeremy Farrar |
| CC: | Eddie Holmes ; Christian Drosten |
| | kga1978 ; rfgarry ; p.vallance1 ; collinsf |
| | afauci ; Josie Golding ; M.P.G. Koopmans |
| | Mike Ferguson |
| Subject: | Re: [ext] 2019 N-CoV |

I do not understand Andrews argument " The sequence data clearly and unambiguously rules out any form of lab construct or engineering of the virus. ". Molecular biologists like myself can generate perfect copies of viruses without leaving a trace, eg the BamHI site. The arguments for and against passaging and engineering are the same if you ask me.

Ron

87. On June 25, 2020, the Defense Intelligence Agency ("DIA") and the National Geospatial-Intelligence Agency ("NGA"), in their investigation of the COVID-19 virus, found the "lab-engineered" theory was supportable given the assessed capabilities of the Wuhan Institute of Virology where Zheng-Li Shi worked:[36]

SECRET//NOFORN

## Concluding Points

WIV possesses a bank of Bat Coronavirus isolatesWIV has scientists experienced in Coronavirology and Coronavirus Infectious Clone generationWIV Scientists generated chimeric SARS CoV and Bat CoV Spike genes to identify minimal Spike Receptor Binding Domain cassette that could transfer receptor binding specificity (Ren et al., 2008)WIV possesses an existing and published Coronavirus Reverse Genetics System (Zeng et al., 2016) utilizing their pBAC-CMV plasmidWIV has utilized the pBAC-CMV-WIV1 Full-length clone to generate chimeras with Bat CoV spike genes (Hu et al., 2017)WIV has BSL2/BSL3/BSL4 animal facilitiesWIV has multiple in vitro assays (apoptosis, IFN-B induction, etc.) to characterize their Bat Coronaviruses and chimeric Bat CoronavirusesWIV and other Chinese researchers have conducted Gain of Function studies in SARS, MERS, IBV, and PEDV to add Furin Cleavage Sites to CoV Spike proteinThe absence of a published progenitor virus for SARS-CoV-2 only indicates that it has not been published, not that it does not existThe genomic sequence of SARS-CoV-2 has Type III restriction sites that are consistent with being generated by the Golden Gate Cloning system utilizing the published pBAC-CMV plasmidThe SARS-CoV-2 genome has several break points where homology jumps from Bat Coronaviruses to Pangolin Coronaviruses which is consistent with a synthesized chimeric virusThe SARS-CoV-2 Spike protein similarity with RaTG13 and Pangolin CoV Spike proteins may also be explained by use of cassettes swapped into the base virus – these break points align with those identified by WIV scientists (Ren et al., 2008)The Pangolin RBD cassette is 100% identical at the amino acid level while the DNA sequence appears to be codon optimizedThere are no other published SARS lineage Betacoronaviruses that possess a Furin Cleavage Site in their Spike protein (RaTG13 does not have an insertion) and the SARS-CoV-2 FCS does not appear to be inserted via the same mechanism that drives Influenza virus insertions of polybasic cleavage sitesZeng et al., 2016 stated that "All experiments using live virus was conducted under biosafety level 2 (BSL2) conditions" which would make an accidental release of a pathogenic Bat CoV capable of binding human ACE2 more likelyA chimeric virus comprised of segments from natural Bat CoV genomes would appear like a recombined virus

The molecular biology capabilities of WIV and the genome assessment are consistent with the hypothesis that SARS-CoV-2 was a lab-engineered virus that was part of a bank of chimeric viruses in Zhen-Li Shi's laboratory at WIV that escaped from containment

SECRET//NOFORN

---

[36] Available from https://usrtk.org/covid-19-origins/dia-analysis-covid-may-have-come-from-wuhan-lab/; https://usrtk.org/wp-content/uploads/2025/03/6-20200625-SARS-CoV-2-Genome-Analysis.pdf.

88.    According to "StatCounter," as of June 2025, approximately 63.2% of Americans who use desktop and laptop computers rely on Microsoft Windows as their operating system.[37]

89.    In China, some analysts have "estimated Microsoft's [Windows] share as high as 80%."[38]

90.    On April 19, 2025, President Trump's White House launched its official COVID-19 website titled *"Lab Leak: The True Origins of COVID-19."*[39] The new official claims are that "[t]he [COVID-19] virus possesses a biological characteristic that is *not found in nature*...."

91.    Perplexity AI, a technology company that operates an AI-driven chat and search tool,[40] was engaged to provide a summary and analysis of the 106-page research document attached to the COVID-19 class action tort claims[41] and the document's alignment with the White House's website titled *"Lab Leak: The True Origins of COVID-19.*

---

[37] Available from https://gs.statcounter.com/os-market-share/desktop/united-states-of-america#:~:text=Table_content:%20header:%20%7C%20Desktop%20Operating%20Systems%20%7C,OS%20%7C%20Percentage%20Market%20Share:%202.71%25%20%7C.
[38] Available from https://restofworld.org/2024/exporter-microsoft-tencent-china/.
[39] Available from https://www.whitehouse.gov/lab-leak-true-origins-of-covid-19/.
[40] Available from https://www.perplexity.ai/.
[41] The COVID-19 class action tort claims were received by the Office of The Honorable Pamela Jo Bondi, United States Attorney General, on February 28, 2025 via USPS Tracking Number 420205309505506671715055006465.

92.  Perplexity AI found and concluded that:[42]

"Based on the White House statement that SARS-CoV-2 possesses "a
biological characteristic not found in nature" and the allegations in the
attached class action tort claim document, the claims align
significantly…. The White House's assertion of an unnatural biological
characteristic directly supports the document's core argument that
SARS-CoV-2 originated in a laboratory…rather than through natural
zoonotic spillover…. The document explicitly frames SARS-CoV-2 as
an "offensive biological weapon" deployed intentionally. The White
House's description of an unnatural feature reinforces this narrative by
implying human manipulation."

93.  On March 21, 2022, General Igor Kirillov, Chief of the Radiation, Chemical

and Biological Defense Forces of the Russian Armed Forces, announced his special

forces had discovered the "Pope authored the idea of creating a central depository of

high-threat pathogens in Kiev" and that the Pope spoke highly of an American

citizen, "Ulana Suprun", who was born in Detroit, Michigan to parents George

Harry Jurkiw and Zenovia Jurkiw.[43]

94.  In or about 2013, Ulana Suprun and her husband Marco Suprun, a Canadian

propagandist and producer associated with the "stopfake.org"[44] censorship and fact

---

[42] Available from https://www.perplexity.ai/search/provide-a-summary-and-analysis-Uo38J1POQI2efpR2g55Qmw#0.

[43] *Russian Defense Ministry names those who worked on bioweapons in Ukraine.* TASS
Russian News Agency. 31 Mar 2022. Available from https://tass.com/politics/1430595.

[44] Available from https://www.stopfake.org/en/about-us/; Bernhard Warner. *A Ukrainian
journalism professor has fought Putin's disinformation machine for 8 years—with surprising
success. Here's why he's convinced fake news can be defeated.* Fortune Media. June 28, 2022.
Available from https://fortune.com/2022/06/28/ukraine-russia-war-disinformation-fake-news-stopfake-yevhen-fedchenko/.

check organization, moved to Ukraine where they became active in the 2014

revolution and "Euromaidan" regime change in Ukraine.

95.     In July 2015, Ukraine President Petro Poroshenko ("Poroshenko") permitted

Ukrainian citizenship to be conferred upon Ulana Suprun and her husband.[45] During

the ceremony, Poroshenko noted the participation of Ulana Suprun and her husband

"in the training program for the new Ukrainian Police Patrol Service. Mr.

Poroshenko said that, thanks to such knowledge, new police officers have already

saved a human life."

96.     One year later, in July 2016, Poroshenko and President Obama installed

Ulana Suprun in the position of "acting Minister of Healthcare" for Ukraine.[46]

97.     On September 18, 2020, Congress reported that in 2016, then Vice-President

Biden "threatened to withhold $1 billion...if Ukraine's leaders did not dismiss

[Viktor Shokin ("Shokin")]. After that, Ukraine's Parliament fired Shokin."[47] At the

---

[45] Poroshenko grants Ukrainian citizenship to Ulana and Marko Suprun of the U.S. The
Ukrainian Weekly. July 17, 2015. Available from http://www.ukrweekly.com/uwwp/poroshenko-
grants-ukrainian-citizenship-to-ulana-and-marko-suprun-of-the-u-s/.
[46] Available from https://en.wikipedia.org/wiki/Ulana_Suprun.
[47] *Hunter Biden, Burisma, and Corruption: The Impact on U.S. Government Policy and
Related Concerns.* U.S. Senate Committee on Homeland Security and Governmental Affairs, U.S.
Senate Committee on Finance Majority Staff Report. September 18, 2020. Available from
https://www.finance.senate.gov/download/hsgac_-finance-joint-report; Representative Marjorie
Taylor Greene. H. RES. 57: *Impeaching Joseph R. Biden, President of the United States, for
abuse of power by enabling bribery and other high crimes and misdemeanors.* 117th Congress.
1st Session. January 21, 2021. Available from https://www.govinfo.gov/content/pkg/BILLS-
117hres57ih/html/BILLS-117hres57ih.htm.

time of his firing, Shokin had an active and ongoing investigation into Burisma and its owner, Mykola Zlochevsky, while Hunter Biden served on Burisma's Board.

98.    Ulana Suprun's father, George Harry Jurkiw, helped produce "valuable technology and fire suppression equipment for the A-1 Abrams tank,"[48] which President Biden earmarked for Ukraine.[49]

99.    On March 12, 2022, the Russian Ministry of Foreign Affairs noted that the Ukrainians nicknamed Ulana Suprun "Dr. Death" and that her grandfather, "Ivan Jurkiw," was a "Nazi collaborator."[50]

100.    On March 27, 2022, Maria Vladimirovna Zakharova, Director of the Information and Press Department for the Russian Federation,[51] released a chronology, titled "BioBiden,"[52] of the U.S. military's involvement in biological activities in Ukraine and the "start of the transfer of the Ukrainian military biological potential into US specialists' hands:"

> **BioBiden**
> We can get a rough idea of the US political elites' involvement in the military biological activity in Ukraine if we rely on open sources as well as leaked documents. Below is an attempt to reconstruct the chronology of this involvement, though not a comprehensive one. There are many gaps in this truly diabolical plan that are still to be filled.

[48] Ukrainian Catholic University Foundation. Available from https://ucufoundation.org/george-jurkiw/.
[49] David Vergun. *Biden Announces Abrams Tanks to be Delivered to Ukraine.* DOD News. January 25, 2023.Available from https://www.defense.gov/News/News-Stories/Article/Article/3277910/biden-announces-abrams-tanks-to-be-delivered-to-ukraine/.
[50] Available from https://twitter.com/mfa_russia/status/1502728955811479552; https://www.facebook.com/317708145042383/photos/a.384182835061580/2876868272459678/?type=3.
[51] Available from https://www.mid.ru/en/press_service/dip/director/.
[52] Opinion by María Zakharova: BioBiden. Available from https://thesaker.si/saker-archive/opinion-by-maria-zakharova-biobiden/index.html.

1991 – the US launches the Nunn-Lugar programme for the former Soviet countries to control/eliminate Soviet weapons of mass destruction including bioweapons. The Pentagon's Defence Threat Reduction Agency (DTRA) was named as the programme's main executor.

1993 – the Ukraine-US Agreement on the Prevention of Proliferation of WMD is signed.

2005 – an additional protocol is signed to the agreement between the Ukrainian Health Ministry and the DTRA on the prevention of the proliferation of technologies, pathogens and know-how that can be used to develop bioweapons. This is the start of the transfer of the Ukrainian military biological potential into US specialists' hands.

2000s – large US military-industrial companies are engaged in military biological activity in Ukraine.

2005-2014 – Black & Veatch Special Projects, a DTRA contractor, builds and upgrades 8 biolabs in Ukraine instead of eliminating military biological infrastructure, as was originally claimed. One of the facilities, a biolab in Odessa, has been financed since 2011 for the study of "pathogens that can be used in bioterrorism attacks."

2007 – US DoD employee Nathan Wolfe founded Global Viral Forecasting Institute (subsequently – Global Viral), a biomedical company. The mission stated in the charter is non-commercial study of transborder infections, including in China.

2009 – Rosemont Seneca Partners is established by former US Secretary of State John Kerry' stepson Christopher Heinz and incumbent US President Joe Biden's son Hunter Biden.

2014 – anti-constitutional coup d'etat in Ukraine.

2014 – Hunter Biden joins the Board of Directors of Burisma Holdings, a Ukrainian energy company.

2014 – Metabiota, a private commercial organisation specialising in the study of pandemic risks is detached from Global Viral. Neil Callahan and John DeLoche, employees of Hunter Biden's company Rosemont Seneca Partners are appointed to the board of Metabiota. Global Viral and Metabiota begin to get funding from the US Department of Defence.

2014 – Metabiota shows interest in Ukraine and invites Hunter Biden to "assert Ukraine's cultural & economic independence from Russia".

2014 – Metabiota and Burisma Holdings begin cooperation on an unnamed "science project in Ukraine".

2014 – Metabiota, Global Viral and Black & Veatch Special Projects begin full-fledged cooperation within the US DoD programmes.

2014-2016 – Implementation of Metabiota and US DoD contracts, including a $300,000 project in Ukraine.

2016 – US citizen Ulana Nadia Suprun, a descendant of Ukrainian Nazis, is appointed Acting Health Minister of Ukraine. The US DoD and Ukraine's Health Ministry cooperation programme is greatly expanded.

2016 – an outbreak of swine flu among Ukrainian Defence Ministry personnel guarding a biolab in Kharkov, Ukraine; 20 dead. The incident is hushed up.

2016 – former US Assistant Secretary for Defence Andrew Weber is appointed head of Metabiota's global partnerships department.

2016 – EcoHealth Alliance, a Global Viral founder Nathan Wolfe's structure, is engaged in the study of bat-transmitted coronaviruses at the research centre in a Wuhan laboratory, China.

2016 – the DTRA and Ukraine's Health Ministry extend the contract after getting approval from the Ukrainian Defence Ministry.

2019 – the COVID-19 mutated bat coronavirus pandemic begins with an outbreak in Wuhan.

February 24, 2022 – launch of the Russian Army's special operation in Ukraine.

February 24-25, 2022 – rapid elimination of strains in biolabs in Ukraine.

March 8, 2022 – US Under Secretary of State for Political Affairs Victoria Nuland openly acknowledges the existence of cooperation between the US and Ukraine in pathogens.

101.    From 1945 through 1947, the United States occupied and operated the Government of Germany through the Office of Military Government for Germany ("OMGUS"). During this period, the OMGUS brought twenty-four major political

and military leaders of Germany to trial before the International Military Tribunal

("IMT"). An additional 185 defendants from many sectors of the German society

were brought before the United States Nuremberg Military Tribunals ("USNMT")

in a series of twelve trials known as the "Subsequent Nuremberg Proceedings.

102.    In Case No. 1, *U.S. v. Karl Brandt et al.* ("Medical Case") (1946-1947), the

United States charged that Germany, in the course of inhumane experiments,

committed murders, brutalities, cruelties, tortures, atrocities, and other inhumane

acts by deliberately infecting healthy humans with the "spotted fever virus" to test

the effectiveness of "spotted fever and other vaccines" and of "other chemicals,"

and "to keep the virus alive…. As a result, hundreds of persons experimented upon

died."[53]

103.    In or about 2010, Black & Veatch completed Ukraine's first Biological

Safety Level 3 ("BSL-3") laboratory in Odessa on behalf of the DTRA.[54]

104.    In February 2016, the UK Independent reported a swine flu outbreak "ripping

through Ukraine" with more than 300 people killed in a little over four months.[55]

The country's health minister at the time, Alexander Kvitashvili, "urged the public

---

[53] Available from https://www.loc.gov/rr/frd/Military_Law/pdf/NT_Indictments.pdf#page=2.

[54] *State-of-the-Art Diagnostics Laboratory Helps Make the World Safer.* Black & Veatch. Available from https://www.bv.com/projects/state-art-diagnostics-laboratory-helps-make-world-safer/.

[55] Lizzie Dearden. *Swine flu outbreak kills more than 300 people in Ukraine as virus reaches epidemic levels in some regions.* The UK Independent. February 18, 2016. Available from https://www.independent.co.uk/news/world/europe/swine-flu-outbreak-kills-more-than-300-people-in-ukraine-as-virus-reaches-epidemic-levels-in-some-regions-a6881236.html.

not to panic…but 3.8 million cases of influenza and Sars (severe acute respiratory syndrome) have now been reported and transmission shows no sign of slowing" according to the Independent. The highest number of deaths were recorded in the Odessa region where Black & Veatch completed Ukraine's first BSL-3 laboratory.

105.    In June 2022, General Igor Kirillov, Commander-In-Chief of the Russian Federation's Radiation, Chemical, and Biological Protection Force, informed the public that the U.S. military's biological activities in Ukraine included Hunter Biden's "important role in creating a financial opportunity to work with pathogens on Ukrainian soil and attracting funds for Black & Veatch and Metabiota companies."[56]

106.    During June, July and August of 2023, Plaintiff mailed, via the U.S. Postal Service, several letters to Defendant Microsoft notifying Defendant that Plaintiff's Hotmail email account was being maliciously and criminally targeted by over 40 unique IP Addresses. Plaintiff's Exhibit 1. No response from Defendant has ever been received, and the letters were never returned by the U.S. Postal Service.

107.    In July 2023, Plaintiff and others opted out of class action against Defendant Microsoft commenced in the United States District Court for the Northern District

---

[56] TASS. *"Hunter Biden lobbied in favor of Metabiota involved in bioprojects in Ukraine — top brass"*. June 16, 2022. Available from https://tass.com/politics/1466333. See also TASS. *Russian military has documentary evidence US funded bioexperiments in Ukraine.* March 17, 2022. Available from https://tass.com/politics/1423723.

34

of California *P.M. et al., v. OpenAI LP et al.,* Case No.: 3:23-cv-03199-JCS.

Plaintiff's Exhibit 2.

108.    The following IP Addresses were found to be linked to one or more

colleagues of Anthony Fauci:

| | |
|---|---|
| IPv4 Address for https://Virological.org<br>Domain Server IP: 104.21.21.77<br>Domain Server IP: 172.67.197.9<br>These IP addresses communicated the original release of the SARS-COV-2 genome sequence by Edward C. Holmes, University of Sydney on behalf of the consortium led by Professor Yong-Zhen Zhang of Fudan University, Shanghai, China<br>https://virological.org/t/novel-2019-coronavirus-genome/319.<br><br>IPv4 Address for https://shphc.org.cn<br>Domain Server IP: 60.205.23.197<br>Professor Yong-Zhen Zhang Released Full Genome Sequence for SARS-CoV-2 Shanghai Public Health Clinical Center & School of Public Health, Fudan University, Shanghai, China. (SHPHC)<br>email: zhangyongzhen@shphc.org.cn<br><br>IPv4 Address for https://www.eurekalert.org/<br>Domain Server IP: 52.8.162.55<br>Domain Server IP: 54.215.132.151<br>(Linked to Ralph S. Baric's Publications. University of North Carolina at Chapel Hill) | IPv4 Address for https://artic.network/<br>(Artic Network)<br>Domain Server IP: 185.199.108.153<br>Domain Server IP: 185.199.109.153<br>Domain Server IP: 185.199.110.153<br>Domain Server IP: 185.199.111.153<br><br>IPv4 Address for https://wellcome.org<br>(Wellcome Trust)<br>Domain Server IP: 34.248.51.63<br><br>IPv4 Address for https://nextstrain.org /<br>(NextStrain)<br>Domain Server IP: 34.201.80.84<br>Domain Server IP: 54.91.6.89<br>Domain Server IP: 54.157.4.65<br>Domain Server IP: 54.196.16.164<br><br>IPv4 Address for https://apps.who.int/gpmb/<br>(Global Preparedness Monitoring Board)<br>Domain Server IP: 104.17.112.188<br>Domain Server IP: 104.17.113.188 |

109.    On July 20, 2021, the U.S. Justice Department in Seattle, Washington

announced the return of an indictment[57] charging two hackers, LI Xiaoyu (李啸宇)

---

[57] *Two Chinese Hackers Working with the Ministry of State Security Charged with Global Computer Intrusion Campaign Targeting Intellectual Property and Confidential Business Information, Including COVID-19 Research.* Tuesday, July 21, 2020. Available from

and DONG Jiazhi (董家志), both nationals and residents of the PRC, with hacking into the computer systems of hundreds of victims, including governments and non-governmental organizations, in the United States and abroad, on behalf of themselves and the CCP.

110.    The Government alleged these CCP hackers "stole terabytes of data which comprised a sophisticated and prolific threat to U.S. networks…. [T]he defendants [also] probed for vulnerabilities in computer networks of companies developing COVID-19 vaccines, testing technology, and treatments."

111.    On January 19, 2025, President Biden granted Fauci a full and unconditional pardon "FOR ANY OFFENSES" against the United States which he may have committed or taken part in from January 1, 2014, through January 19, 2025, arising from or in any manner related to his service as Director of the National Institute of Allergy and Infectious Diseases, as a member of the White House Coronavirus Task Force or the White House COVID-19 Response Team, or as Chief Medical Advisor to the President."[58]

112.    The Fauci Pardon directly covered any assistance Fauci provided to "BioBiden" and U.S. Under Secretary of State for Political Affairs, Victoria Nuland, involving the joint cooperation between the U.S. and Ukraine in

---

https://www.justice.gov/archives/opa/pr/two-chinese-hackers-working-ministry-state-security-charged-global-computer-intrusion.

[58] Available from https://www.justice.gov/pardon/media/1385746/dl?inline.

researching and storing dangerous pathogens from 2014 through January 19, 2025, set forth in paragraphs 93-105, *supra*.

113.   On July 16, 2025, U.S. Senator Rand Paul renewed his referral of Fauci to the Department of Justice for potential criminal prosecution following new revelations that Fauci was granted a presidential pardon using an autopen operated by White House staff without clear evidence of President Biden's direct authorization.[59]

114.   On July 16, 2025, Chairman James Comer, U.S. House Committee on Oversight and Government Reform, issued a statement after Anthony Bernal, former Chief of Staff to First Lady Jill Biden, informed Congress of his intent to decline to answer all questions that will be put to him, including his role in issuing pardons to Fauci and others, on the basis of his Fifth Amendment right against self-incrimination:[60]

> "This week new reporting confirms President Biden's aides took unauthorized executive actions during his presidency amid his cognitive decline. It's no surprise that Anthony Bernal is pleading the Fifth Amendment to shield himself from criminal liability. During his deposition today, Mr. Bernal pleaded the Fifth when asked if any unelected official or family members executed the duties of the President and if Joe Biden ever instructed him to lie about his health. This is a historic scandal and Americans demand transparency and accountability. We will continue to pursue the truth on their behalf and examine options to get the answers we need."

---

[59] *Senator Rand Paul Re-Refers Dr. Anthony Fauci to the Department of Justice.* July 14, 2025. Available from https://www.hsgac.senate.gov/media/reps/senator-rand-paul-re-refers-dr-anthony-fauci-to-the-department-of-justice/; https://www.hsgac.senate.gov/wp-content/uploads/2025.07.14_Letter-from-Chairman-Paul-to-DOJ___.pdf.

[60] *Comer Statement on Anthony Bernal Pleading the Fifth.* July 16, 2025. Available from https://oversight.house.gov/release/comer-statement-on-anthony-bernal-pleading-the-fifth/.

1

2    115.    On April 30, 2021, two days after Twitter blocked Plaintiff's tweet about the

3    Oscars, paragraphs 26-27, *supra,* Defendant Microsoft's "Outlook" "blocked"

4
     Plaintiff's access to the website of "Defending the Republic," a 501(c)(4) nonprofit
5
6    organization founded by then-President Trump's former lawyer, Sidney Powell

7    ("Powell"):[61]

8

9

10

11

12   

13

14

15

16

17

18

19

20

21

22

23   _____

24       [61] Available from
     https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fsidneypowell.us3.list-
25   manage.com%2Ftrack%2Fclick%3Fu%3D1051113c6f6d8825da118b2e3%26id%3D46bae7ec24
     %26e%3D8af9a14e72&data=04%7C01%7C%7C9bfeaa96d7a5411a8abb08d90b4dcf63%7C84df
26   9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C637553251081607962%7CUnknown%7CTWFp
     bGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3
27   D%7C1000&sdata=Gp1h%2FXjWqbyxBLqRnIz6%2Fuuq%2BioYdFpwzZFJgf6cAGM%3D&re
     served=0.

28

116. According to the Arizona Mirror, Defending the Republic was established to defend and protect the integrity of elections in the U.S. and was "involved in a series of lawsuits that Powell filed in Arizona, Georgia, Michigan and Wisconsin seeking to reverse those states' votes for Biden" in the 2020 Presidential elections.[62]

117. On July 18, 2025, Director of National Intelligence (DNI), Tulsi Gabbard, revealed overwhelming evidence that demonstrated how, after President Trump won the 2016 election, President Obama and his national security cabinet members manufactured and politicized intelligence to lay the groundwork for what was essentially a years-long "subversion operation" against then-President Trump.[63]

118. In 1898, the Bechtel Corporation ("Bechtel") was founded in San Francisco, CA. In 2023, Forbes ranked Bechtel as No. 24 of "America's Largest Private Companies."[64] Bechtel's major projects includes management of two of the 17 National Labs owned by the United States Department Energy ("DOE"): Los

---

[62] Jeremy Duda. *Group led by 'kraken' lawyer Sidney Powell hired the firm recounting AZ's election to probe a PA election.* Arizona Mirror. May 24, 2021. Available from https://azmirror.com/2021/05/24/group-led-by-kraken-lawyer-sidney-powell-hired-the-firm-recounting-azs-election-to-probe-a-pa-election/.

[63] *New Evidence of Obama Administration Conspiracy to Subvert President Trump's 2016 Victory and Presidency.* ODNI News Release No. 15-25. July 18, 2025. Available from https://www.dni.gov/index.php/newsroom/press-releases/press-releases-2025/4086-pr-15-25; https://www.dni.gov/files/ODNI/documents/DIG/DIG-Russia-Hoax-Memo-and-Timeline_revisited.pdf; and https://www.dni.gov/files/ODNI/documents/DIG/DIG-Declassified-Evidence-Obama-Subvert-President-Trump-2016-Victory-Election-July2025.pdf.

[64] Edited By Andrea Murphy. *"America's Largest Private Companies."* Forbes. November 14, 2023. Available from https://www.forbes.com/lists/largest-private-companies/#tab:rank.

Alamos National Laboratory ("LANL") and the Lawrence Livermore National Laboratory ("LLNL").

119.    The DOE's 17 national labs, under the leadership of the "National Nuclear Security Administration" ("NNSA"),[65] are dedicated to tackling "critical scientific challenges", including "discovering the origins of our universe" using "unique instruments and facilities, many of which are found nowhere else in the world."[66]

120.    During the human immunodeficiency virus ("HIV") panic of the 1980s, the DOE's LANL, "under the supervision of Dr. Harold W. Jaffe"[67] (CDC Atlanta),[68] succeeded in matching the DNA of Florida dentist Dr. David Acer's HIV to his victims.[69]Subsequent to this finding, the CDC concluded its research with LANL and published the results in July 1990 without further verification or follow-up.[70]

---

[65] The NNSA, established by Congress in 2000, is a semi-autonomous agency within the DOE "responsible for enhancing national security through the military application of nuclear science." Available from https://www.energy.gov/nnsa/about-nnsa. See also *Presidential Nuclear History*. Available from https://www.energy.gov/nnsa/presidential-nuclear-history.

[66] Available from https://www.energy.gov/national-laboratories.

[67] Callwood, June. *Trial Without End: A Shocking Story of Women and AIDS* (1996). Page 143. Knopf Canada. ISBN: 9780345398260, 0345398262.

[68] Available from https://www.cdc.gov/os/aboutus/harold-jaffe.htm.

[69] *"Dispute over 60 Minutes report intensifies."* Tampa Bay Times. Published Dec. 2, 1994. Updated Oct. 7, 2005. Available from https://www.tampabay.com/archive/1994/12/02/dispute-over-60-minutes-report-intensifies/; Palca, Joseph. *"CDC closes the case of the Florida dentist."* Science, vol. 256, no. 5060, 22 May 1992, pp. 1130+. Gale Academic OneFile, link.gale.com/apps/doc/A12325951/AONE?u=oregon_oweb&sid=googleScholar&xid=6b686fef. Accessed 10 Aug. 2024; *"1990: The Angry Death of Kimberly Bergalis."* The Slate Group. Available from https://slate.com/podcasts/one-year/s6/1990/e5/kimberly-bergalis-david-acer-aids-dentist.

[70] Available from https://en.wikipedia.org/wiki/David_J._Acer. See also Callwood, June. *Trial Without End: A Shocking Story of Women and AIDS* (1996). Pp. 143, 236. Knopf Canada. ISBN: 9780345398260, 0345398262.

121. (U)    In a 2021 Microsoft PowerPoint presentation,[71] Thomas Desautels,

LLNL's Computational Engineering Division, relied on the science of viral

reproduction, previously confirmed by the CDC and the LANL during their research

of the Dr. David Acer's HIV, to support his platform for a "novel autonomous, ML-

driven system that performs in-silico biomolecular design at scale using HPC" to

design "therapeutic antibodies and vaccine antigens."

122. The CDC and the labs at LANL and LLNL demonstrated that each human

host, once infected by a virus, produces their own unique variants of the virus that

caused the initial infection, and that such variant is traceable back to the individual,

as was the case with Dr. Acer.

123. A forensic test similar to the one used by the CDC and the LANL was

developed by Canadian Dr. Michael Montpetit ("Montpetit") for the trial of Charles

Sseyonga[72] ("Sseyonga").

124. On April 19, 1993, Montpetit testified that during the process of matching the

DNA of Sseyonga's HIV to that of his victims, he detected in the blood sample of

one of the female victims, "not only the Sseyonga virus but also the 'daughter of the

---

[71] *"Creating a platform for rapid computational antibody design via machine learning, HPC, and laboratory experimentation."* LLNL Data Science Institute Workshop: AI in Healthcare. Lawrence Livermore National Laboratory. March 25, 2021. Available from https://data-science.llnl.gov/sites/data_science/files/2021-07/desautels_creating_a_platform_for_rapid_computational_antibody_design_via_ml_hpc_lab.pdf.

[72] *R. v. Ssenyonga,* 1993 CanLII 14680 (ON SC), https://canlii.ca/t/gbr1w, retrieved on 2023-07-30.

41

virus.' What he meant was that her infection was so established that the initial virus

had mutated to form a different, but recognizably related, strain."[73]

125.    In his summary of the HIV DNA evidence presented against Sseyonga by Dr.

Montpetit, the Honorable Judge Dougald Robert McDermid (1990−1999), Ontario

Court of Justice (General Division) found that:[74]

> "There is evidence resulting from Deoxyribonucleic Acid (DNA)
> analysis that:
>     1.    all the complainants and the accused are infected with the
> same strain of HIV-1;
>     2.    that strain belongs to a family that is extremely rare in
> North America;
>     3.    none of the complainants is infected with more than one
> strain of HIV."

126.    Plaintiff, and others personally known to Plaintiff who tested positive for

SARS-COV-2, were never tested under circumstances similar to Acer and Sseyonga

to establish, as a matter of DNA, Plaintiff's SARS-COV-2 strain matched the same

strain of the individual responsible for causing SARS-COV-2 in Wuhan China.

127.    (U)    As part of her Intelligence Report released in June 2023 discussing

"The Potential Links Between the Wuhan Institute of Virology and the Origin of the

COVID-19 Pandemic,"[75] DNI Director Avril Haines stated:

---

[73] *Id.* Callwood at 296.
[74] *R. v. Ssenyonga,* 1993 CanLII 14680 (ON SC), https://canlii.ca/t/gbr1w, retrieved on
2023-07-30.
[75] *"The Potential Links Between the Wuhan Institute of Virology and the Origin of the
COVID-19 Pandemic".* June 2023. Available from
https://www.dni.gov/index.php/newsroom/reports-publications/reports-publications-
2023/item/2393-odni-releases-report-on-the-potential-links-between-the-wuhan-institute-of-

"Almost all IC agencies assess that SARS-CoV-2 was not genetically engineered. Most agencies assess that SARS-CoV-2 was not laboratory-adapted; some are unable to make a determination. All IC agencies assess that SARS-CoV-2 was not developed as a biological weapon."

128. On August 27, 2021, Haines had initially informed the public in her first intelligence assessment that "[t]he IC—and the global scientific community—lacks clinical samples" for use in determining the origin of "SARS-CoV-2".[76] This claim was repeated in her October 29, 2021, Intelligence Assessment.[77] Haines' Intelligence Assessments never assessed whether SARS-CoV-2 was **used** as a weapon of "biological warfare."

129. On July 18, 2025, Senator Tom Cotton ("Cotton"), Chairman of the Senate Select Committee on Intelligence, sent a letter to Secretary of Defense Pete Hegseth requesting information about Defendant Microsoft's employment of engineers in

---

virology-and-the-origin-of-covid-19; https://www.dni.gov/files/ODNI/documents/assessments/Report-on-Potential-Links-Between-the-Wuhan-Institute-of-Virology-and-the-Origins-of-COVID-19-20230623.pdf.

[76] *Unclassified Summary of Assessment on COVID-19 Origins.* Office of the Director of National Intelligence. August 27, 2021. Available from https://www.dni.gov/index.php/newsroom/reports-publications/reports-publications-2021/item/2236-unclassified-summary-of-assessment-on-covid-19-origins; https://www.dni.gov/files/ODNI/documents/assessments/Unclassified-Summary-of-Assessment-on-COVID-19-Origins.pdf.

[77] *Declassified Assessment on COVID-19 Origins.* Office of the Director of National Intelligence. October 29, 2021. Available from https://www.dni.gov/index.php/newsroom/reports-publications/reports-publications-2021/item/2263-declassified-assessment-on-covid-19-origins; https://www.dni.gov/files/ODNI/documents/assessments/Declassified-Assessment-on-COVID-19-Origins.pdf.

China to maintain Department of Defense systems.[78] The letter was in response to ProPublica's investigation[79] that revealed "Microsoft's decade-long practice of hiring engineers in China to help maintain Defense Department computer systems with little U.S. supervision."[80]

130.   On July 20, 2025, Congressman James Andrew Himes ("Himes") appeared on "Face the Nation with Margaret Brennan"[81] ("Brennan") to argue that DNI Tulsi Gabbard's claims about the 2016 election, paragraph 117 *supra,* were nothing more than a "dangerous lie."[82]

131.   To support her claims, DNI Gabbard released, among other documents, a declassified Intelligence Memorandum "For the President" dated "14 September 2016," and titled "*Cyber Threats to US Election Unlikely To Alter Voting*

---

[78] *Chairman Cotton to Hegseth: DoD Cannot Allow China to Infiltrate its Critical Infrastructure.* July 18, 2025. Available from https://www.cotton.senate.gov/news/press-releases/chairman-cotton-to-hegseth-dod-cannot-allow-china-to-infiltrate-its-critical-infrastructure; https://www.cotton.senate.gov/imo/media/doc/250717_hegseth_letter.pdf.

[79] Renee Dudley, with research by Doris Burke. *A Little-Known Microsoft Program Could Expose the Defense Department to Chinese Hackers.* ProPublica. July 15, 2025. Available from https://www.propublica.org/article/microsoft-digital-escorts-pentagon-defense-department-china-hackers.

[80] Rudy Blalock. *Microsoft Stops Using China-Based Engineers for Pentagon Tech Support as Hegseth Orders Review.* NTD. July 18, 2025. Available from https://www.ntd.com/microsoft-stops-using-china-based-engineers-for-pentagon-cloud-support-as-hegseth-orders-review_1079814.html.

[81] Brennan is also a member of the Board of the Council on Foreign Relations and a member of the Gridiron Club.

[82] Rep. Jim Himes says intel chief Tulsi Gabbard's post on 2016 election is a "dangerous lie". Face The Nation. July 20, 2025. Available from https://www.youtube.com/watch?v=IBmT0HRIEWA.

*Outcomes.*"[83] This document, which was prepared by "DHS with reporting from CIA, DHS, FBI, NSA, OSE, State, and open sources," informed President Obama of the **nonexistence** of a covert threat from Russia to the "coming [2016] US presidential election":

> "We assess that foreign adversaries do not have the capability to covertly overturn the vote outcome of the coming US presidential election by executing cyber attacks on election infrastructure.... Multiple checks and redundancies in the voting system make it likely that officials could detect a large-scale manipulation of election systems intended to change an outcome, especially in a well-covered US presidential election."

132.    Congressman Himes offered Face the Nation no declassified information of his own that tended to debunk DNI Gabbard's declassified Memorandum. For her part, Brennan did not ask Congressman Himes to provide Face the Nation with declassified information that would tend to discredit/debunk the Memorandum.

133.    Plaintiff's interactions on social media easily exceeds one million potential contacts. See, e.g., Plaintiff's Exhibit 1 at 27-28.

134.    On a monthly basis, Plaintiff interacts with over 10,000 unique IP addresses in a single geofenced location.

135.    Other interactions include over 30,000 names, addresses and precise location data in the States of Oregon and Washington.

---

[83] Portable Document Format page 37 of 114 pages, available from https://www.dni.gov/files/ODNI/documents/DIG/DIG-Declassified-Evidence-Obama-Subvert-President-Trump-2016-Victory-Election-July2025.pdf.

136.  Plaintiff's anti-COVID-19 activism interacted with over 65,000 mobile telephone devices nationwide.

137.  Defendant Microsoft was informed through the email sent by the user of IP address 194.55.103.111 that porn would be sent to millions of individuals within Plaintiff's email and social media contacts, including Plaintiff's minor grandchildren, should payment not be made as directed. This threat failed to ring Defendant's alarm.

138.  In Plaintiff's Exhibit 1, Defendant Microsoft was informed of over 40 successful and unsuccessful attacks launched from IP addresses within and outside of the United States during the Summer of 2023.

139.  A search for information on IP address 194.55.103.111 provided links to Russia, The Netherlands, and the United Arab Emirates. The searched location returned most often was a desktop computer using Microsoft's "Windows NT 10.0" in the Republic of Moldova:

| IP Address Information | |
|---|---|
| IP Address: | 194.55.103.111 |
| ISP: | FreeNet L.L.C-FZ |
| Connection Speed: | Company/T1 |
| City: | Chisinau |
| Country: | Moldova (the Republic of) |
| State: | Chisinau |
| Proxy: | No |
| Address Type: | (U) Unicast |

| District: | Chisinau Municipality |
|---|---|
| ZIP Code: | MD-2000 |
| Area Code: | 018 |
| IDD Code: | 373 |
| Usage Type: | (DCH) Data Center/Web Hosting/Transit |
| Domain Name: | freenetworks.net [WHOIS freenetworks.net] |
| ASN Number: | 202656 |
| ASN Name: | Ivanov Vitaliy Sergeevich |
| **Browser Information** | |
| User Agent: | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:140.0) Gecko/20100101 Firefox/140.0 |
| Referrer: | https://ipaddress.my/194.55.103 |
| Device: | Desktop |
| Operating System: | Win10 |
| Architecture: | 64 bits |
| Browser: | Firefox Generic |

140.    In Moldova, June 2024-June 2025, Microsoft Windows had a 39.26% market share for all operating systems, making it the leading OS in Moldova. For desktop computers, Windows dominated with 82.57%. The most popular desktop Windows versions were Win10 (65.35%) and Win11 (30.81%).[84]

141.    On July 7, 2025, Forbes reported that email accounts at Google and Microsoft were "under attack" from increased "identity-driven threats…. This surge is being

---

[84] Available from https://gs.statcounter.com/os-market-share/all/moldova; https://gs.statcounter.com/windows-version-market-share/desktop/moldova; and https://gs.statcounter.com/os-market-share/desktop/moldova.

driven by Cybercrime-as-a-Service, and more precisely Phishing-as-a-Service, offerings that attackers can hire for as little as $200 per month."[85]

142.   On July 21, 2025, Forbes reported that Microsoft SharePoint Server, CVE-2025-53770, was "currently under confirmed 'mass attack' and on-premises servers across the world are being compromised."[86]

143.   In its "2025 Identity Threat Report,"[87] eSentire Threat Response Unit advised, among other things, that:

> "Organizations must architect their security posture around the assumption that identities will be compromised, implementing continuous authentication verification, comprehensive credential monitoring, and rapid response capabilities for identity-based threats."

144.   On February 28, 2025, COVID-19 class action tort claims, which covered the censorship of McCray's tweet by Facebook and Twitter on behalf of the CCP and others, were received by the Office of The Honorable Pamela Jo Bondi, United States Attorney General, via USPS Tracking Number 420205309505506671715055006465.

---

[85] Davey Winder. *Billions Of Gmail And Outlook Users At Risk — Change Your Password Now.* Forbes. July 7, 2025. Available from https://www.forbes.com/sites/daveywinder/2025/07/07/25-billion-email-users-urged-to-change-password---act-now/.

[86] Davey Winder. *Microsoft Confirms Global SharePoint Attack — Emergency Update Issued.* Forbes. July 21, 2025. Available from https://www.forbes.com/sites/daveywinder/2025/07/21/microsoft-confirms-ongoing-mass-sharepoint-attack---no-patch-available/.

[87] Available from https://esentire-dot-com-assets.s3.amazonaws.com/assets/resourcefiles/eSentire_Report_Identity-Centric-Threats.pdf.

145.    On March 3, 2025, the Office of The Honorable Kash Patel, Director Federal Bureau of Investigation, received a copy of the COVID-19 class action tort claims sent to Attorney General Bondi via USPS Tracking Number 420205359505515037425057518258.

146.    On March 5, 2025, the White House Office received a copy of the COVID-19 class action tort claims sent to Attorney General Bondi via USPS Tracking Number 420205009505506671715055006540.

147.    On July 11, 2025, a copy of the fraudulent email delivered by Defendant Microsoft's Outlook services was provided to the Clark County Sheriff's Office, the City of Vancouver Police Department and the City Attorney's Office.

148.    On July 13, 2025, a crime complaint was filed with the Federal Bureau of Investigation's Internet Crime Complaint Center ("IC3") after affording Defendant Microsoft an opportunity to report the email incident to law enforcement. In response to a question seeking witnesses or other persons affected by the incident, Plaintiff listed "Microsoft Corporation."

149.    On July 13, 2025, an Identity Theft complaint was filed with the Federal Trade Commission regarding the fraudulent email delivered by Defendant Microsoft's email services.

# FIRST CLAIM FOR RELIEF
(Civil Action for Violation of 18 U.S.C. § 1030)

150.   Plaintiff McCray repeats, reiterates and realleges each and every allegation of paragraphs 1 through 149 as if set forth herein, verbatim and fully at length.

151.   Defendant Microsoft's Operating Systems and Servers located in the United States constitute "protected computers" within the meaning of title 18 U.S. Code § 1030(e)(2)(B) because they are used in or affecting interstate or foreign commerce or communication, based on their connection to the Internet.

152.   Defendant Microsoft's Operating Systems and Servers have been "damaged" within the meaning of 18 U.S. Code § 1030(e)(8) because the user of IP address 194.55.103.111 gained access to Defendant's email domain services and used Defendant's domain to send criminal threats of extortion and blackmail to Plaintiff.

153.   Commencing on a date currently unknown to Plaintiff and through in or around July 10, 2025, in the Western District of Washington, and elsewhere within the jurisdiction of the Court, IP address 194.55.103.111, having devised and intending to devise a scheme and artifice to defraud, and to obtain property by means of false and fraudulent pretenses, representations and promises, transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce, and with computers and domains belonging to Defendant Microsoft, a certain email for the purpose of executing such scheme and artifice, in violation of Title 18 U.S. Code §§ 1343 and 2.

50

154.   Commencing on a date currently unknown to Plaintiff and through in or around July 10, 2025, in the Western District of Washington, and elsewhere within the jurisdiction of the Court, IP address 194.55.103.111 intentionally accessed, caused to intentionally access, and attempted to intentionally access without authorization a computer used in interstate and foreign commerce and thereby obtained information from a "protected computer," namely the computer network of Defendant Microsoft, and (1) the offense was committed for purposes of commercial advantage and private financial gain, (2) the offense was committed in furtherance of a criminal and tortious act in violation of the Constitution and the laws of the United States, namely wire fraud, in violation of 18 U.S. Code § 1343, and (3) the information obtained from a protected computer belonging to Defendant Microsoft had value in excess of $50,000,000, in violation of 18 U.S. Code §§ 1030(a)(2)(C) and (c)(2)(B)(i), (ii) and (iii) and 2.

155.   Commencing on a date currently unknown to Plaintiff and through in or around July 10, 2025, in the Western District of Washington, and elsewhere within the jurisdiction of the Court, IP address 194.55.103.111 knowingly caused and attempted to cause the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage, without authorization, to protected computers belonging to Defendant Microsoft. The offense caused loss to one or more persons resulting from a related course of

conduct affecting one or more protected computers aggregating at least $50,000,000 in value during a one-year period, in violation of 18 U.S. Code §§ 1030(a)(5)(A) and (c)(4)(B) and 2.

156.   Commencing on a date currently unknown to Plaintiff and through in or around July 10, 2025, in the Western District of Washington, and elsewhere within the jurisdiction of the Court, IP address 194.55.103.111 knowingly transferred, possessed and used without lawful authority, a means of identification of another person, namely Plaintiff and Defendant Microsoft, during and in relation to the crime of Wire Fraud, in violation of Title 18 U.S. Code § 1343, and the crime of Obtaining Information by Unauthorized Access to Protected Computers, in violation of Title 18 U.S. Code §§ 1030(a)(2)(C), and in violation of 18 U.S. Code §§ 1028(a)(7), 1028A(a)(1), (c)(5) and 2.

157.   Defendant Microsoft did not immediately report the criminal misconduct of the user of IP address 194.55.103.111 directed at the Corporation and Plaintiff to any Federal authorities.

158.   Defendant Microsoft, after becoming a victim of the criminal misconduct of the user of IP address 194.55.103.111, directly and indirectly facilitated the transmission of the email containing threats of extortion and blackmail directed at Plaintiff and his global email and social media contacts.

159.   All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside.

160.   In the United States, Defendant Microsoft enjoys some of the same rights as citizens of the United States, and as such, can be held criminally liable for the federal crimes its employees or agents commit in its interest.

161.   Microsoft's Corporate officers, employees, and agents are also individually liable for the crimes they commit, for the crimes they conspire to commit, for the foreseeable crimes their coconspirators commit, for the crimes whose commission they aid and abet, and for the crimes whose perpetrators they assist after the fact.

162.   Congress has codified the crime of "misprision of felony" under Title 18 U.S. §4, which provides that:

> "Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both."

163.   Title 1 U.S. Code §1 provides that the word "whoever," as used in the misprision statute, includes Defendant Microsoft Corporation.

164.   The user of IP address 194.55.103.111, the principal, did commit and complete the felonies alleged herein, namely, violations of Title 18 U.S. Code §§

1028(a)(7), 1028A(a)(1) and (c)(5); 18 U.S. Code §§ 1030(a)(2)(C), (a)(5)(A), (c)(2)(B)(i), (ii) and (iii), and (c)(4)(B); and 18 U.S. Code § 1343.

165.   Defendant Microsoft had full knowledge of the fact that the user of IP address 194.55.103.111, the principal, committed and completed felonies against the Corporation and against Plaintiff, given the fact that Microsoft's Terms of Service ("TOS") make it clear that certain prohibited actions, like the unauthorized use of its services for illegal activities will violate applicable law and can lead to severe civil and criminal penalties.

166.   Defendant Microsoft also knew that anyone intentionally accessing a computer without its authorization or exceeding authorization and thereby obtaining information or causing damage, would be committing a felony offense leading to punishment for greater than one year.

167.   Defendant Microsoft also, when drafting and updating comprehensive legal documents such as the Microsoft TOS, developed a deep understanding of relevant federal laws, including the nuances of Title 18 U.S. Code § 1030 and its interpretation. Microsoft's understanding of Title 18 U.S. Code § 1030 is acquired from the Corporation's employment of legal and compliance teams whose role it is to ensure Microsoft's TOS align with current legal frameworks to adequately address potential liabilities and violations.

168.   In addition to its operations falling within the "Information Technology Sector," a "critical infrastructure" established by Presidential Policy Directive 21 ("PPD-21"), which implements Title 42 U.S. Code § 5195c, Defendant Microsoft plays a huge active role in the national security of the United States as a "cybersecurity" partner with agencies of the Executive Branch, including the Department of Homeland Security and the Federal Bureau of Investigation.

169.   Defendant Microsoft is a key player in the larger ecosystem of critical infrastructure protection given the fact that its cloud services, software, and platforms play a vital role in enabling and securing operations across multiple critical infrastructure sectors, including the following:

**Communications Sector**: Microsoft's services support communication networks that are essential for critical infrastructure operations.
**Government Facilities Sector**: Microsoft provides solutions for government agencies to modernize operations, improve service delivery, and enhance security.
**Healthcare Sector**: Microsoft's technologies are used in healthcare for data management, telehealth, and securing medical devices.
**Critical Manufacturing Sector**: Microsoft solutions help protect industrial Internet-of-Things ("IoT") infrastructure and facilitate secure innovation in manufacturing.
**Energy Sector**: Microsoft's technologies contribute to the cyber resilience and security of control systems in energy production and distribution.

170.   Defendant Microsoft failed to immediately notify Federal authorities of the fact that the user of IP address 194.55.103.111, the principal, committed and completed felonies against the Corporation and against Plaintiff.

171.   Defendant Microsoft took affirmative steps to conceal the crimes that the user of IP address 194.55.103.111, the principal, committed and completed against the Corporation and against Plaintiff by (1) flagging the email as "junk," when in fact the email represented an active crime in progress, and (2) by scheduling the email for deletion in "30 days," when such deletion would permanently remove the email from Plaintiff's email account and conceal the crimes of the user of IP address 194.55.103.111.

172.   The carrying on of interstate commerce is a right among the privileges and immunities every citizen of the United States is entitled to exercise.

173.   The right to inform the authorities of the United States of violations of its laws is also among the privileges and immunities every citizen of the United States is entitled to exercise.

174.   Social media and email platforms, and the users of these platforms, are generally considered to be engaged in interstate and foreign commerce.

175.   The platforms and the users facilitate the exchange of goods, services, and information across state lines and international borders.

176.   Subdivision (g) of Title 18 U.S. Code § 1030, provides a civil cause of action for "[a]ny person who suffers damage or loss by reason of a violation of this section[.]"

177.   The crimes committed and completed by the user of IP address 194.55.103.111 involved one or more of the factors set forth in Title 18 U.S. Code § 1030(c)(4)(A)(i)(I), (IV), and (V).

178.   Defendant Microsoft aided, abetted, counseled, commanded, induced, facilitated or procured the commission of the crimes of the user of IP address 194.55.103.111 by ignoring the unauthorized use of its domains to send an email that intended to commit the crimes of extortion and blackmail against Plaintiff; Defendant flagged the email as "junk," rather than as a crime in progress; and Defendant scheduled the email for "deletion" to conceal evidence of the crimes committed and completed against the Corporation and Plaintiff by the user of IP address 194.55.103.111.

179.   The email's header informed Defendant Microsoft that the user of IP address 194.55.103.111 had gained unauthorized access to its domains and had used its domains to send the email to Plaintiff.

180.   Defendant Microsoft was aware that the user of IP address 194.55.103.111 was using a means of Plaintiff's identification without Plaintiff's permission.

181.   Defendant Microsoft was aware, from the body of the email, that the user of IP address 194.55.103.111 intended to cause financial and reputational harm not only to Plaintiff, but also to all of plaintiff's email and social media contacts, which number in the millions.

182.  As a proximate result of the malicious email and its intent to inflict financial and reputational harm on Plaintiff, which was actively aided and abetted by Defendant Microsoft, Plaintiff has been damaged.

183.  Because the crimes committed and completed by the user of IP address 194.55.103.111, with active assistance from Defendant Microsoft, constituted intentional acts, Plaintiff seeks an injunction and an award for punitive damages.

WHEREFORE, Plaintiff Emanuel McCray demands judgment against Defendant Microsoft Corporation for damages, punitive damages, court costs, fees and such other relief as the Court deems just and proper, not to be less than $52 billion.

## SECOND CLAIM FOR RELIEF
(Negligence)

184.  Plaintiff McCray repeats, reiterates and realleges each and every allegation of paragraphs 1 through 149 as if set forth herein, verbatim and fully at length.

185.  Defendant Microsoft was negligent in its failure to use reasonable care in handling Plaintiff's personal information to a degree that a reasonably prudent person would use under like circumstances to avoid injury to itself or others.

186.  Defendant Microsoft had a duty to Plaintiff, other citizens of the United States and the three Branches of Government to avoid acting negligently in its handling of personal information, such that the user of IP address 194.55.103.111

would not have been able to obtain unauthorized access to Defendant's domain for sending tortious threats of extortion and blackmail.

187. Defendant Microsoft breached its duty to Plaintiff, by, among other breaches:

a.    Failing to prevent unauthorized access to, and unauthorized use of, its domain services by the user of IP address 194.55.103.111;

b.    Failing to contain unauthorized access to, and unauthorized use of, its domain services by the user of IP address 194.55.103.111 which resulted in Plaintiff receiving an email threatening to send disgusting "porn" to Plaintiff's email and social media contacts, which includes Plaintiff's minor grandchildren, should Plaintiff fail or refuse to pay a ransom of "1400$";

c.    Concealing, and not as soon as possible making known to some judge or other person in civil or military authority under the United States, knowledge of the actual commission of the felonies committed and completed by the user of IP address 194.55.103.111;

d.    Flagging as "junk," the unauthorized email sent to Plaintiff by the user of IP address 194.55.103.111, when in fact the email constituted evidence of crimes in progress;

e.    Deleting, within "30 days," the unauthorized email sent to Plaintiff by the user of IP address 194.55.103.111, when in fact the email constituted evidence of crimes in progress and was not "junk"; and

  f.  Failing to provide adequate and reasonable warning to Plaintiff when Defendant knew or should have known of the dangers and harms to Plaintiff's person and reputation, and the dangers and harms to the person and reputation of others within Plaintiff's email and social media contacts, including Plaintiff's minor-age grandchildren.

188. No reasonably careful person, under the same or similar circumstances, would have allowed their own victimization by the user of IP address 194.55.103.111 to cause harm or injury to others.

189. No reasonably careful person, under the same or similar circumstances, would fail to immediately make known to some judge or other person in civil or military authority under the United States, knowledge of the actual commission of the felonies committed and completed against her/him by the user of IP address 194.55.103.111.

190. As a direct and proximate result of Defendant's breaches as described herein, Plaintiff has been injured and harmed, and has suffered damages and economic harms, and seeks actual, special, and compensatory damages.

191. Because the crimes committed and completed by the user of IP address 194.55.103.111, with active assistance from Defendant Microsoft, constituted intentional acts, Plaintiff seeks an injunction and an award for punitive damages.

WHEREFORE, Plaintiff Emanuel McCray demands judgment against Defendant Microsoft Corporation for damages, punitive damages, court costs, fees and such other relief as the Court deems just and proper, not to be less than $52 billion.

**THIRD CLAIM FOR RELIEF**
(Gross Negligence)

192.   Plaintiff McCray repeats, reiterates and realleges each and every allegation of paragraphs 1 through 149 as if set forth herein, verbatim and fully at length.

193.   Defendant Microsoft has successfully created a global, insatiable appetite among its consumers for its operating systems and their associated services.

194.   Defendant Microsoft enjoys so much power in the market for computer operating systems that it was able to capture at least 60% of the communications and information associated with the COVID-19 pandemic hoax, including communications and information between EcoHealth Alliance and Shi Zheng-Li. In other words, Microsoft enjoyed monopoly power in the market for COVID-19 information and data.

195.   This success stands in stark contrast to the outrageously and wantonly vile, horrible and inhuman email sent to Plaintiff by the user of IP address 194.55.103.111, and delivered by Defendant Microsoft, who disguised it as "junk" and scheduled it for deletion in "30 days."

196.    The body of the email sent by the user of IP address 194.55.103.111 shined

an extremely bright light on the depravity of the mind of the user of IP address

194.55.103.111. The salutation read, "Hello pervert, I've sent this message from

your **Microsoft** account."

197.    The header of the email confirmed the salutation that the user of IP address

194.55.103.111 had victimized and damaged Defendant Microsoft's computers and

domains.

198.    The body of the email contained speech that was indecent, lewd, and

offensive to the modesty and decency of every contact in Plaintiff's emails and

social media accounts. For example:

> "I've recorded many videos of you jerking off to highly
> controversial porn videos. Given that the "questionable" genre is
> almost always the same, I can conclude that you have sick perversion.
>
> I doubt you'd want your friends, family and co-workers to know about
> it. However, I can do it in a few clicks.
>
> Every number in your contact list will suddenly receive these videos –
> on WhatsApp, on Telegram, on Instagram, on Facebook, on email –
> everywhere. It is going to be a tsunami that will sweep away
> everything in its path, and first of all, your former life."

199.    "Good luck, my perverted friend" was included in the closing of the email

sent by the user of IP address 194.55.103.111.

200.    The inhuman, cruel and wanton behavior of the user of IP address

194.55.103.111 was mitigated by Defendant Microsoft's failure to report the crimes

committed against the Corporation and Plaintiff; by Defendant flagging the email as "junk;" and by Defendant scheduling the email to be deleted in "30 days."

201.   In substance, the outrageous and wantonly vile, horrible and inhuman email sent to Plaintiff by the user of IP address 194.55.103.111, and delivered by Defendant Microsoft, was of such wanton depravity that it cannot be minimized even through an award of punitive damages.

202.   As a proximate result of the malicious email and its intent to inflict financial and reputational harm on Plaintiff, which was actively aided and abetted by Defendant Microsoft, Plaintiff has been damaged.

203.   Because the crimes committed and completed by the user of IP address 194.55.103.111, with active assistance from Defendant Microsoft, constituted intentional acts, Plaintiff seeks an injunction and an award for punitive damages.

WHEREFORE, Plaintiff Emanuel McCray demands judgment against Defendant Microsoft Corporation for damages, punitive damages, court costs, fees and such other relief as the Court deems just and proper, not to be less than $52 billion.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial as to all issues so triable.

## CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the

63

best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Dated this 24th day of July 2025.

Emanuel McCray
*Pro Se*
400 W McLoughlin Blvd, Apt 5
Vancouver, WA 98660
(564) 208-7576
emanuel.mccray@hotmail.com