THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EMANUEL MCCRAY, also known as "TrumpGenius,"

Plaintiff,

v.

MICROSOFT CORPORATION, a corporation organized and existing under the laws of the State of Washington,

Defendant.

No. 3:25-cv-05660-RAJ

**MICROSOFT'S ANSWER AND DEFENSES TO COMPLAINT**

Defendant Microsoft Corporation ("Microsoft"), by and through undersigned counsel, and in response to the Complaint filed by Plaintiff Emanuel McCray, submits this answer. Notably, during the pendency of Microsoft's Motion to Compel Arbitration no answer should be required, but Plaintiff has today moved for default. *See* Dkt. 17. Out of an abundance of caution Microsoft files this Answer in response. To the extent that any allegation in the Complaint is not specifically admitted, that allegation is denied. Microsoft answers the corresponding numbered paragraphs of the Complaint as follows:

**INTRODUCTION**

1.      The allegations in paragraph 1 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required. To the extent a response is

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1    deemed necessary, Microsoft denies each and every allegation of fact in paragraph 1 of the

2    Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal

3    standard.

4        2.    The allegations in paragraph 2 of the Complaint constitute a legal conclusion or

5    purport to recite a legal standard; therefore, no response is required.  To the extent a response is

6    deemed necessary, Microsoft denies each and every allegation of fact in paragraph 2 of the

7    Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal

8    standard.

9                                        **JURISDICTION**

10       3.    The allegations in paragraph 3 of the Complaint constitute a legal conclusion or

11    purport to recite a legal standard; therefore, no response is required.  To the extent a response is

12    deemed necessary, Microsoft denies each and every allegation of fact in paragraph 3 of the

13    Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal

14    standard.

15       4.    The allegations in paragraph 4 of the Complaint constitute a legal conclusion or

16    purport to recite a legal standard; therefore, no response is required.  To the extent a response is

17    deemed necessary, Microsoft denies each and every allegation of fact in paragraph 4 of the

18    Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal

19    standard.

20                                          **VENUE**

21       5.    The allegations in paragraph 5 of the Complaint constitute a legal conclusion or

22    purport to recite a legal standard; therefore, no response is required.  To the extent a response is

23    deemed necessary, Microsoft admits that it is located, resides, and has offices in the State of

24    Washington. Microsoft otherwise denies each and every allegation of fact in paragraph 5 of the

25    Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal

26    standard.

27

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**PARTIES**

6. Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the Complaint and, therefore, denies each and every allegation.

7. Microsoft admits the allegations in paragraph 7 of the Complaint.

**FACTUAL ALLEGATIONS**

8. Microsoft admits that it owns the Windows operating system and that the Windows operating system includes client versions (e.g. Windows 10 and Windows 11), server versions (e.g. Windows Server 2022), and the Windows Internet of Things (IoT). Microsoft denies all other allegations and characterizations in paragraph 8 of the Complaint.

9. Microsoft admits that client versions of the Microsoft Windows operating system are commonly used on end-user desktops, laptops, and tablets. Microsoft denies all other allegations and characterizations in paragraph 9 of the Complaint.

10. Microsoft admits that server versions of the Microsoft Windows operating system, such as Windows Server 2022, provide tools and features for networking and data management that enable organizations to run and secure applications, services, and workloads across on-premises, hybrid, and cloud environments. Microsoft denies all other allegations and characterizations in paragraph 10 of the Complaint.

11. Microsoft admits that editions of the Windows Internet of Things (IoT), such as Windows Server IoT 2022, allow organizations to build fixed purpose devices with specific allowances and restrictions in the license agreement. Microsoft denies all other allegations and characterizations in paragraph 11 of the Complaint.

12. Microsoft admits that it offers several email services and that users of these services are able to send and receive email messages. Microsoft denies all other allegations and characterizations in paragraph 12 of the Complaint.

13. Microsoft admits that Hotmail was an early webmail service. Microsoft denies all other allegations and characterizations in paragraph 13 of the Complaint.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

14.    Microsoft admits that Hotmail was migrated into Outlook.com. Microsoft further admits that Outlook.com is a web-based email service that has an imbedded calendar and an integrated task tool. Microsoft denies all other allegations and characterizations in paragraph 14 of the Complaint..

15.    Microsoft admits that Outlook.com provides 15 GB of email storage for each user and that Microsoft 365 subscribers have 100 GB of email storage. Microsoft denies all other allegations and characterizations in paragraph 15 of the Complaint.

16.    Microsoft denies each and every allegation and characterization in paragraph 16 of the Complaint.

17.    Microsoft denies each and every allegation and characterization in paragraph 17 of the Complaint.

18.    Microsoft admits that "X," formerly known as "Twitter," can be described as a social media conversation platform that allows users to post public comments.  Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 18 of the Complaint and, therefore, denies each and every allegation.

19.    Microsoft admits that there a variety of ways to interact with X.  Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 19 of the Complaint and, therefore, denies each and every allegation

20.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 20 of the Complaint and, therefore, denies each and every allegation.

21.    Defendant is unable to admit or deny the allegations set forth in Paragraph 21 of the Complaint as they are phrased unclearly and lack sufficient specificity. Absent clarification, Defendant denies each and every allegation in paragraph 21.

22.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 22 of the Complaint and, therefore, denies each and every allegation.

23.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 23 of the Complaint and, therefore, denies each and every allegation.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

24.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 24 of the Complaint and, therefore, denies each and every allegation.

25.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 25 of the Complaint and, therefore, denies each and every allegation.

26.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 26 of the Complaint and, therefore, denies each and every allegation.

27.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 27 of the Complaint and, therefore, denies each and every allegation.

28.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 28 of the Complaint and, therefore, denies each and every allegation.

29.     Microsoft denies each and every allegation and characterization in paragraph 29 of the Complaint.

30.     Microsoft admits that Outlook includes an email message internet header, which provides a list of technical details about the message. Microsoft denies all other allegations and characterizations in paragraph 30 of the Complaint.

31.     Microsoft admits that users of Outlook can discover whether an email address is different than it appears by checking an email message internet header.  Microsoft denies all other allegations and characterizations in paragraph 31 of the Complaint.

32.     Microsoft denies each and every allegation and characterization in paragraph 32 of the Complaint.

33.     Microsoft denies each and every allegation and characterization in paragraph 33 of the Complaint.

34.     Microsoft denies each and every allegation and characterization in paragraph 34 of the Complaint.

35.     Microsoft denies each and every allegation and characterization in paragraph 35 of the Complaint.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

36.     Microsoft denies each and every allegation and characterization in paragraph 36 of the Complaint.

37.     Microsoft denies each and every allegation of fact in paragraph 37 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

38.     Microsoft denies each and every allegation of fact in paragraph 38 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

39.     Microsoft denies each and every allegation of fact in paragraph 39 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

40.     Microsoft denies each and every allegation in paragraph 40 of the Complaint.

41.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 41 of the Complaint and, therefore, denies each and every allegation.

42.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 42 of the Complaint and, therefore, denies each and every allegation.

43.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 43 of the Complaint and, therefore, denies each and every allegation.

44.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 44 of the Complaint and, therefore, denies each and every allegation.

45.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 45 of the Complaint and, therefore, denies each and every allegation.

46.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 46 of the Complaint and, therefore, denies each and every allegation.

47.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 47 of the Complaint and, therefore, denies each and every allegation.

48.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 48 of the Complaint and, therefore, denies each and every allegation.

49.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 49 of the Complaint and, therefore, denies each and every allegation.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

50.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 50 of the Complaint and, therefore, denies each and every allegation.

51.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 51 of the Complaint and, therefore, denies each and every allegation.

52.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 52 of the Complaint and, therefore, denies each and every allegation.

53.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 53 of the Complaint and, therefore, denies each and every allegation.

54.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 54 of the Complaint and, therefore, denies each and every allegation.

55.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 55 of the Complaint and, therefore, denies each and every allegation.

56.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 56 of the Complaint and, therefore, denies each and every allegation.

57.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 57 of the Complaint and, therefore, denies each and every allegation.

58.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 58 of the Complaint and, therefore, denies each and every allegation.

59.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 59 of the Complaint and, therefore, denies each and every allegation.

60.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 60 of the Complaint and, therefore, denies each and every allegation.

61.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 61 of the Complaint and, therefore, denies each and every allegation.

62.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 62 of the Complaint and, therefore, denies each and every allegation.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

63.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 63 of the Complaint and, therefore, denies each and every allegation.

64.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 64 of the Complaint and, therefore, denies each and every allegation.

65.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 65 of the Complaint and, therefore, denies each and every allegation.

66.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 66 of the Complaint and, therefore, denies each and every allegation.

67.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 67 of the Complaint and, therefore, denies each and every allegation.

68.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 68 of the Complaint and, therefore, denies each and every allegation.

69.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 69 of the Complaint and, therefore, denies each and every allegation.

70.     Microsoft admits that, in January 2020, it announced an AI for Health program to leverage artificial intelligence (AI) technology to empower researchers and organizations to address challenges in health. Microsoft denies all other allegations and characterizations in paragraph 70 of the Complaint.

71.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 71 of the Complaint and, therefore, denies each and every allegation.

72.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 72 of the Complaint and, therefore, denies each and every allegation.

73.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 73 of the Complaint and, therefore, denies each and every allegation.

74.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 74 of the Complaint and, therefore, denies each and every allegation.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

75.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 75 of the Complaint and, therefore, denies each and every allegation.

76.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 76 of the Complaint and, therefore, denies each and every allegation.

77.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 77 of the Complaint and, therefore, denies each and every allegation.

78.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 78 of the Complaint and, therefore, denies each and every allegation.

79.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 79 of the Complaint and, therefore, denies each and every allegation.

80.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 80 of the Complaint and, therefore, denies each and every allegation.

81.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 81 of the Complaint and, therefore, denies each and every allegation.

82.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 82 of the Complaint and, therefore, denies each and every allegation.

83.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 83 of the Complaint and, therefore, denies each and every allegation.

84.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 84 of the Complaint and, therefore, denies each and every allegation.

85.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 85 of the Complaint and, therefore, denies each and every allegation.

86.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 86 of the Complaint and, therefore, denies each and every allegation.

87.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 87 of the Complaint and, therefore, denies each and every allegation.

MICROSOFT'S ANSWER - (Case No. 3:25-cv-05660-RAJ) - 9

88.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 88 of the Complaint and, therefore, denies each and every allegation.

89.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 89 of the Complaint and, therefore, denies each and every allegation.

90.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 90 of the Complaint and, therefore, denies each and every allegation.

91.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 91 of the Complaint and, therefore, denies each and every allegation.

92.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 92 of the Complaint and, therefore, denies each and every allegation.

93.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 93 of the Complaint and, therefore, denies each and every allegation.

94.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 94 of the Complaint and, therefore, denies each and every allegation.

95.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 95 of the Complaint and, therefore, denies each and every allegation.

96.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 96 of the Complaint and, therefore, denies each and every allegation.

97.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 97 of the Complaint and, therefore, denies each and every allegation.

98.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 98 of the Complaint and, therefore, denies each and every allegation.

99.     Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 99 of the Complaint and, therefore, denies each and every allegation.

100.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 100 of the Complaint and, therefore, denies each and every allegation.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1     101.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth

2   of the allegations in paragraph 101 of the Complaint and, therefore, denies each and every allegation.

3     102.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth

4   of the allegations in paragraph 102 of the Complaint and, therefore, denies each and every allegation.

5     103.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth

6   of the allegations in paragraph 103 of the Complaint and, therefore, denies each and every allegation.

7     104.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth

8   of the allegations in paragraph 104 of the Complaint and, therefore, denies each and every allegation.

9     105.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth

10   of the allegations in paragraph 105 of the Complaint and, therefore, denies each and every allegation.

11     106.    Microsoft denies each and every allegation and characterization in paragraph 106 of

12   the Complaint.

13     107.    Microsoft denies each and every allegation and characterization in paragraph 107 of

14   the Complaint.

15     108.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth

16   of the allegations in paragraph 108 of the Complaint and, therefore, denies each and every allegation.

17     109.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth

18   of the allegations in paragraph 109 of the Complaint and, therefore, denies each and every allegation.

19     110.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth

20   of the allegations in paragraph 110 of the Complaint and, therefore, denies each and every allegation.

21     111.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth

22   of the allegations in paragraph 111 of the Complaint and, therefore, denies each and every allegation.

23     112.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth

24   of the allegations in paragraph 112 of the Complaint and, therefore, denies each and every allegation.

25     113.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth

26   of the allegations in paragraph 113 of the Complaint and, therefore, denies each and every allegation.

27

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

114.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 114 of the Complaint and, therefore, denies each and every allegation.

115.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 115 of the Complaint and, therefore, denies each and every allegation.

116.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 116 of the Complaint and, therefore, denies each and every allegation.

117.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 117 of the Complaint and, therefore, denies each and every allegation.

118.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 118 of the Complaint and, therefore, denies each and every allegation.

119.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 119 of the Complaint and, therefore, denies each and every allegation.

120.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 120 of the Complaint and, therefore, denies each and every allegation.

121.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 121 of the Complaint and, therefore, denies each and every allegation.

122.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 122 of the Complaint and, therefore, denies each and every allegation.

123.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 123 of the Complaint and, therefore, denies each and every allegation.

124.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 124 of the Complaint and, therefore, denies each and every allegation.

125.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 125 of the Complaint and, therefore, denies each and every allegation.

126.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 126 of the Complaint and, therefore, denies each and every allegation.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

127.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 127 of the Complaint and, therefore, denies each and every allegation.

128.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 128 of the Complaint and, therefore, denies each and every allegation.

129.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 129 of the Complaint and, therefore, denies each and every allegation.

130.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 130 of the Complaint and, therefore, denies each and every allegation.

131.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 131 of the Complaint and, therefore, denies each and every allegation.

132.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 132 of the Complaint and, therefore, denies each and every allegation.

133.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 133 of the Complaint and, therefore, denies each and every allegation.

134.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 134 of the Complaint and, therefore, denies each and every allegation.

135.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 135 of the Complaint and, therefore, denies each and every allegation.

136.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 136 of the Complaint and, therefore, denies each and every allegation.

137.    Microsoft denies each and every allegation in paragraph 137 of the Complaint.

138.    Microsoft denies each and every allegation in paragraph 138 of the Complaint.

139.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 139 of the Complaint and, therefore, denies each and every allegation.

140.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 140 of the Complaint and, therefore, denies each and every allegation.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

141.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 141 of the Complaint and, therefore, denies each and every allegation.

142.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 142 of the Complaint and, therefore, denies each and every allegation.

143.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 143 of the Complaint and, therefore, denies each and every allegation.

144.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 144 of the Complaint and, therefore, denies each and every allegation.

145.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 145 of the Complaint and, therefore, denies each and every allegation.

146.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 146 of the Complaint and, therefore, denies each and every allegation.

147.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 147 of the Complaint and, therefore, denies each and every allegation.

148.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 148 of the Complaint and, therefore, denies each and every allegation.

149.    Microsoft lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 149 of the Complaint and, therefore, denies each and every allegation.

**FIRST CLAIM FOR RELIEF**
(Civil Action for Violation of 18 U.S.C. § 1030)

150.    Microsoft incorporates and realleges its responses to paragraphs 1-149 of the Complaint in response to paragraph 150 of the Complaint.

151.    The allegations in paragraph 151 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 151 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

152.    The allegations in paragraph 152 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 152 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

153.    The allegations in paragraph 153 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 153 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

154.    The allegations in paragraph 154 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 154 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

155.    The allegations in paragraph 155 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 155 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

156.    The allegations in paragraph 156 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 156 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

157.    The allegations in paragraph 157 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  deemed necessary, Microsoft denies each and every allegation of fact in paragraph 157 of the

2  Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal

3  standard.

4      158.    The allegations in paragraph 158 of the Complaint constitute a legal conclusion or

5  purport to recite a legal standard; therefore, no response is required.  To the extent a response is

6  deemed necessary, Microsoft denies each and every allegation of fact in paragraph 158 of the

7  Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal

8  standard.

9      159.    The allegations in paragraph 159 of the Complaint constitute a legal conclusion or

10 purport to recite a legal standard; therefore, no response is required.  To the extent a response is

11 deemed necessary, Microsoft denies each and every allegation of fact in paragraph 159 of the

12 Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal

13 standard.

14     160.    The allegations in paragraph 160 of the Complaint constitute a legal conclusion or

15 purport to recite a legal standard; therefore, no response is required.  To the extent a response is

16 deemed necessary, Microsoft denies each and every allegation of fact in paragraph 160 of the

17 Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal

18 standard.

19     161.    The allegations in paragraph 161 of the Complaint constitute a legal conclusion or

20 purport to recite a legal standard; therefore, no response is required.  To the extent a response is

21 deemed necessary, Microsoft denies each and every allegation of fact in paragraph 161 of the

22 Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal

23 standard.

24     162.    The allegations in paragraph 162 of the Complaint constitute a legal conclusion or

25 purport to recite a legal standard; therefore, no response is required.  To the extent a response is

26 deemed necessary, Microsoft denies each and every allegation of fact in paragraph 162 of the

27

MICROSOFT'S ANSWER - (Case No. 3:25-cv-05660-RAJ) - 16

1   Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal

2   standard.

3         163.    The allegations in paragraph 163 of the Complaint constitute a legal conclusion or

4   purport to recite a legal standard; therefore, no response is required.  To the extent a response is

5   deemed necessary, Microsoft denies each and every allegation of fact in paragraph 163 of the

6   Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal

7   standard.

8         164.    The allegations in paragraph 164 of the Complaint constitute a legal conclusion or

9   purport to recite a legal standard; therefore, no response is required.  To the extent a response is

10  deemed necessary, Microsoft denies each and every allegation of fact in paragraph 164 of the

11  Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal

12  standard.

13        165.    The allegations in paragraph 165 of the Complaint constitute a legal conclusion or

14  purport to recite a legal standard; therefore, no response is required.  To the extent a response is

15  deemed necessary, Microsoft denies each and every allegation of fact in paragraph 165 of the

16  Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal

17  standard.

18        166.    The allegations in paragraph 166 of the Complaint constitute a legal conclusion or

19  purport to recite a legal standard; therefore, no response is required.  To the extent a response is

20  deemed necessary, Microsoft denies each and every allegation of fact in paragraph 166 of the

21  Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal

22  standard.

23        167.    The allegations in paragraph 167 of the Complaint constitute a legal conclusion or

24  purport to recite a legal standard; therefore, no response is required.  To the extent a response is

25  deemed necessary, Microsoft denies each and every allegation of fact in paragraph 167 of the

26  Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal

27  standard.

MICROSOFT'S ANSWER - (Case No. 3:25-cv-05660-RAJ) - 17

168.     The allegations in paragraph 168 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 168 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

169.     The allegations in paragraph 169 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 169 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

170.     The allegations in paragraph 170 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 170 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

171.     The allegations in paragraph 171 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 171 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

172.     The allegations in paragraph 172 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 172 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

173.     The allegations in paragraph 173 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

deemed necessary, Microsoft denies each and every allegation of fact in paragraph 173 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

174.    The allegations in paragraph 174 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 174 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

175.    The allegations in paragraph 175 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 175 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

176.    The allegations in paragraph 176 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 176 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

177.    The allegations in paragraph 177 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 177 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

178.    The allegations in paragraph 178 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 178 of the

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

179.    The allegations in paragraph 179 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 179 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

180.    The allegations in paragraph 180 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 180 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

181.    The allegations in paragraph 181 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 181 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

182.    The allegations in paragraph 182 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 182 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

183.    The allegations in paragraph 183 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 183 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

MICROSOFT'S ANSWER - (Case No. 3:25-cv-05660-RAJ) - 20

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

## SECOND CLAIM FOR RELIEF
### (Negligence)

184.    Microsoft incorporates and realleges its responses to paragraphs 1-149 of the Complaint in response to paragraph 184 of the Complaint.

185.    The allegations in paragraph 185 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 185 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

186.    The allegations in paragraph 186 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 186 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

187.    The allegations in paragraph 187 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 187 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

188.    The allegations in paragraph 188 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 188 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

189.    The allegations in paragraph 189 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 189 of the

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

190.    The allegations in paragraph 190 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 190 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

191.    The allegations in paragraph 191 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 191 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

### THIRD CLAIM FOR RELIEF
(Gross Negligence)

192.    Microsoft incorporates and realleges its responses to paragraphs 1-149 of the Complaint in response to paragraph 192 of the Complaint.

193.    The allegations in paragraph 193 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 193 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

194.    The allegations in paragraph 194 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 194 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

195.     The allegations in paragraph 195 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 195 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

196.     The allegations in paragraph 196 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 196 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

197.     The allegations in paragraph 197 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 197 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

198.     The allegations in paragraph 198 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 198 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

199.     The allegations in paragraph 199 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 199 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

200.     The allegations in paragraph 200 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

deemed necessary, Microsoft denies each and every allegation of fact in paragraph 200 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

201.    The allegations in paragraph 201 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 201 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

202.    The allegations in paragraph 202 of the Complaint constitute a legal conclusion or purport to recite a legal standard; therefore, no response is required.  To the extent a response is deemed necessary, Microsoft denies each and every allegation of fact in paragraph 202 of the Complaint and denies any implication that Plaintiff is entitled to any relief under the cited legal standard.

## DEFENSES

Without admitting any material allegation in the Complaint, Microsoft asserts and alleges the following affirmative defenses.  Microsoft does not admit to having the burden of proof and/or the burden of persuasion with respect to any of these defenses.  By designating the following as defenses, Microsoft does not in any way waive or limit any defense that are or may be raised by its denials, allegations, and averments set forth herein.  The defenses are pled in the alternative, are raised to preserve Microsoft's right to assert such defenses, and are raised without prejudice to Microsoft's ability to raise other and further defenses.  Microsoft reserves the right to amend, supplement, and/or otherwise modify this Answer, including, without limitation, the right to assert additional defenses that may become known to it through discovery or otherwise.

FIRST DEFENSE

Plaintiff's Complaint fails to state facts sufficient to constitute a cause of action against Microsoft.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

SECOND DEFENSE

To the extent that Microsoft accessed any protected computer system belonging to Plaintiff, Plaintiff authorized such access or allowed such access in a manner consistent with existing policies and agreements.

THIRD DEFENSE

To the extent that Microsoft accessed any protected computer system belonging to Plaintiff, such access was within the scope of authorization granted and did not exceed any limitations on such authorization.

FOURTH DEFENSE

Plaintiff has failed to state specific losses or damages of $5,000 or more as required by 18 U.S.C. § 1030.

FIFTH DEFENSE

To the extent Plaintiff's claims relate to alleged violations before July 24, 2023, such claims are barred by the statute of limitations.

SIXTH DEFENSE

Microsoft acted reasonably and met the standard of care.

SEVENTH DEFENSE

Microsoft actions were not the actual or proximate cause of the Plaintiff's injury, if any.

EIGHTH DEFENSE

Plaintiff suffered no actual harm or losses and any claims of damages are speculative.

NINTH DEFENSE

Plaintiff's claims and requested relief are barred to the extent Plaintiff failed to mitigate any alleged damages.

TENTH DEFENSE

Plaintiff's claims and requested relief are barred by doctrines of laches, unclean hands, waiver, and/or estoppel.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1

ELEVENTH DEFENSE

2

Plaintiff's claims and requested relief are barred because Plaintiff consented to

3

Microsoft's actions under the parties' agreement.

4

TWELFTH DEFENSE

5

Plaintiff's claims and requested relief are barred because Microsoft's actions were legally

6

justified under the parties' agreement.

7

THIRTEENTH DEFENSE

8

Any alleged act or omission by Microsoft was wholly remote and not the cause of

9

Plaintiff's alleged damages.

10

FOURTEENTH DEFENSE

11

Plaintiff's own negligence, acts or omissions proximately caused or contributed to the

12

damages alleged by Plaintiff.

13

FIFTEENTH DEFENSE

14

Plaintiff has failed to join necessary and indispensable parties.

15

SIXTEENTH DEFENSE

16

The negligence, acts or omissions of third parties, for whom Microsoft has no legal

17

responsibility, proximately caused or contributed to Plaintiff's alleged injuries.

18

SEVENTEENTH DEFENSE

19

Microsoft owed no duty to Plaintiff under the facts alleged.

20

EIGHTEENTH DEFENSE

21

Plaintiff assumed the risk of the alleged damages.

22

NINTEENTH DEFENSE

23

Plaintiff has brought this action in a venue that is expressly prohibited by the terms of the

24

parties' agreement.

25

TWENTIETH DEFENSE

26

Microsoft reserves the right to raise any additional defenses that it may have or that may

27

be revealed by discovery or investigation of this matter.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1

## PRAYER FOR RELIEF

2          WHEREFORE, Defendant Microsoft Corporation respectfully prays the Court for

3    the following relief:

4      1.    That Plaintiff have and recover nothing of Defendant;

5      2.    That this Honorable Court dismiss the Complaint with prejudice and enter a

6          judgment in favor of Microsoft; and

7      3.    For other such relief as the Court may deem just and proper.

8      DATED this 15th day of October, 2025.

9

10                         **DAVIS WRIGHT TREMAINE LLP**
                         *Attorneys for Defendant Microsoft Corporation*

11
                         By /s/  *James Howard*
12                           James Howard, WSBA #37259
                           920 Fifth Avenue, Suite 3300
13                           Seattle, WA  98104-1610
                           Telephone: 206-757-8883
14                           Email: jimhoward@dwt.com

15

16

17

18

19

20

21

22

23

24

25

26

27

MICROSOFT'S ANSWER - (Case No. 3:25-cv-05660-RAJ) - 27