**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON (TACOMA)**

| | |
|---|---|
| EMANUEL MCCRAY, | ) Case No.: 3:25-cv-05660-RAJ |
| | ) |
| Plaintiff, | ) PLAINTIFFS' NOTICE TO COURT |
| v. | ) OF PLAINTIFF'S NOTICE TO |
| | ) DEFENDANT TO ADDRESS RULE |
| MICROSOFT CORPORATION, | ) 11 DEFICIENCIES REGARDING ECF |
| | ) 11 AND 18 |
| Defendant. | ) |
| | ) |

TO THE COURT AND TO COUNSEL:

PLEASE TAKE NOTICE THAT on October 3, 2025 and October 16, 2025, Plaintiff served Counsel for Defendant with Notice of probable violations of FRCP Rule 11(b) regarding the filing, after expiration of the time to appear and defend, of ECF 11 and 18, respectively.

The full relevant background is set forth in ECF 7, 13, 14, 16, 17 and 19, the Court's "NOTICE TO THE PARTIES" filed September 30, 2025, and the emails sent to Counsel for Defendant on October 3, 2025 and October 16, 2025.

1

Plaintiff's Notices to Counsel for Defendant were based on the authority of *Smith v. Spizzirri*, 601 U.S. 472 (May 16, 2024) (citing 9 U. S. C. §3); *Miner v. Atlass,* 363 U.S. 641 (1960) (No inherent power to use local rule-making power to change the rules of procedure promulgated by the Supreme Court); Rules Enabling Act, enacted June 19, 1934, 28 U.S.C. § 2072; and the U.S. Constitution's Supremacy Clause.

Submitted respectfully,

DATED this 17th day of October 2025.

__/s/Emanuel McCray___
Emanuel McCray