# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| EMANUEL MCCRAY, | ) Case No.: 3:25-cv-05660-RAJ |
| Plaintiff, | ) PLAINTIFFS' NOTICE TO COURT |
| v. | ) OF PLAINTIFF'S OFFER TO SETTLE |
| | ) IN LIEU OF DEFAULT JUDGMENT, |
| MICROSOFT CORPORATION, | ) ETC. |
| Defendant. | ) |

TO THE COURT AND TO COUNSEL:

PLEASE TAKE NOTICE THAT on October 17, 2025, Plaintiff served Counsel for Defendant MICROSOFT CORPORATION with "**OFFER TO SETTLE IN LIEU OF DEFAULT JUDGMENT, ETC.**" ECF 20.

A redacted copy of the Settlement Offer is attached hereto as Exhibit 1.

DATED this 17th day of October 2025.

__/s/Emanuel McCray___
Emanuel McCray