# EXHIBIT 1

**OFFER TO SETTLE IN LIEU OF DEFAULT JUDGMENT, ETC.**
October 17, 2025

Re: McCray v. Microsoft Corporation
Case No. 3:25-cv-05660-RAJ
U.S. District Court for the Western District of Washington (Tacoma)

## OFFER TO SETTLE

## A GOOD SETTLEMENT OFFER

This settlement offer in lieu of **default judgment** against Defendant MICROSOFT CORPORATION, ECF 20, benefits the Defendant based on the following time-stamped irregularities that raises substantial issues cognizable under the Code of Conduct for U.S. Judges and the Code of Conduct for Judicial Employees:

From: Monday, September 29, 2025 at 5:06:00 pm **(ECF 11)**
To: Wednesday, October 15, 2025 at 7:04:00 pm **ECF 18)**
**Result: 16 days, 1 hour, 58 minutes and 0 seconds**
**NOTE: This gap provided a window for ECF 18 to be filed due to the Local Rules requiring a 14-day delay.**

From: Tuesday, September 30, 2025 at 11:31:00 am **(Docket entry by "VE")**
To: Thursday, October 16, 2025 at 7:04:00 pm **(ECF 18)**
**Result: 16 days, 7 hours, 33 minutes and 0 seconds**
**NOTE: This gap provided a window for ECF 18 to be filed due to docket entry by "VE".**

From: Wednesday, October 15, 2025 at 5:09:00 am **(ECF 17)**
To: Wednesday, October 15, 2025 at 7:04:00 pm **(ECF 18)**
**Result: 13 hours, 55 minutes and 0 seconds**
**NOTE: This gap provided a window for ECF 18 to be filed due to delay in Clerk's entry of default.**

From: Wednesday, October 15, 2025 at 5:09:00 am **(ECF 17)**
To: Thursday, October 16, 2025 at 1:00:00 pm **(ECF 19)**
**Result: 1 day, 7 hours, 51 minutes and 0 seconds**
**NOTE: This gap provided a window for ECF 18 to be filed and entry of default denied by the Clerk.**

| Date Filed | Time Filed | ECF # | Docket Text |
|---|---|---|---|
| 09/03/2025 | 5:49 PM PDT | 7 | WAIVER OF SERVICE of Summons upon defendant Microsoft Corporation mailed on 7/30/2025 (McCray, Emanuel) (Entered: 09/03/2025) |
| 09/29/2025 | 5:02 PM PDT | 9 | NOTICE of Appearance by attorney James E Howard on behalf of Defendant Microsoft Corporation. (Howard, James) (Entered: 09/29/2025) |
| 09/29/2025 | 5:06 PM PDT | 11 | MOTION to Compel *Arbitrations and Stay Case*, filed by Defendant Microsoft Corporation. (Attachments: # 1 Proposed Order) Noting Date |

| | | | |
|---|---|---|---|
| | | | 10/14/2025, (Howard, James) (Entered: 09/29/2025) |
| 09/30/2025 | 11:31 AM PDT (VE) | N/A | NOTICE TO THE PARTIES: The Court acknowledges the requirements of FRCP 16(b), but finds good cause to defer entry of an initial case scheduling order pending its ruling on **Defendant Microsoft Corporation's 7 MOTION to Compel Arbitration and Stay Case. (VE)** (Entered: 09/30/2025) |
| 10/02/2025 | 10:49 AM PDT | 14 | NOTICE *PLAINTIFFS LCR 55(a) 14-DAY NOTICE TO COURT OF INTENT TO SEEK CLERKS ENTRY OF DEFENDANTS DEFAULT* re 7 Waiver of Service, 8 Certificate of Service; filed by Plaintiff Emanuel McCray. (Attachments: # 1 Exhibit PLAINTIFFS LCR 55(a) 14-DAY NOTICE OF INTENT TO SEEK CLERKS ENTRY OF DEFENDANTS DEFAULT) (McCray, Emanuel) (Entered: 10/02/2025) |
| 10/04/2025 | 5:18 AM PDT | 16 | NOTICE *TO COURT OF PLAINTIFFS OFFER TO SETTLE IN LIEU OF CLERKS ENTRY OF DEFENDANTS DEFAULT, ETC.* re 4 Complaint, 14 Notice-Other, 13 Response to Motion, 6 RAJ Standing Order, 7 Waiver of Service, 8 Certificate of Service ; filed by Plaintiff Emanuel McCray. (McCray, Emanuel) (Entered: 10/04/2025) |
| 10/15/2025 | 5:09 AM PDT | 17 | MOTION for Default against MICROSOFT CORPORATION,, filed by Plaintiff Emanuel McCray. (Attachments: # 1 Exhibit AFFIDAVIT IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFENDANT MICROSOFT'S DEFAULT) Noting Date 10/15/2025, (McCray, Emanuel) (Entered: 10/15/2025) |
| 10/15/2025 | 7:04 PM PDT | 18 | ANSWER to 4 Complaint by Microsoft Corporation. (Howard, James) (Entered: 10/15/2025) |
| 10/16/2025 | 1:00 PM PDT | 19 | CLERK'S ORDER denying 17 MOTION for Default. On 10/15/2025, a responsive pleading in the form of an Answer to Plaintiff's Complaint was filed by Defendant Microsoft Corporation. Dkt. 18. (VE) (Entered: 10/16/2025) |

The Clerk's denial of entry of default, ECF 19, was based on the existence of ECF 18, which was allowed to be filed and officially condoned 13 hours and 55 minutes **after** Plaintiff had moved the Clerk for entry of default.

The Clerk's Order was signed by "Victoria Ericksen", "Deputy Clerk," who was previously, according to Court documents from 2024, associated with the Courtroom of the Honorable Judge Richard A. Jones, who is the presiding Judge. It appears from the Docket that

on September 30, 2025, an individual with the same "VE" initials made an entry in the Docket linking to ECF 7, rather than ECF 11 to the Motion seeking arbitration, among things.

## CODE OF CONDUCT FOR JUDICIAL EMPLOYEES

An impartial federal court clerk is primarily governed by Ch. 3: Code of Conduct for Judicial Employees.[1] This Code prohibits deliberate, deceptive action by a clerk that undermines the court's integrity, where, as here, it appears the Federal Rules of Civil Procedure were deliberately altered as part of a fraudulent scheme to provide Defendant MICROSOFT CORPORATION windows of opportunities to place a belated "Answer" on the Docket nearly 17 days **after** the pleading was due, and **after** being given numerous opportunities to settle.

## CODE OF CONDUCT FOR UNITED STATES JUDGES

This code provides the ethical guidelines for Federal judges. Canon 2 requires Federal judges to avoid impropriety or its appearance, while Canon 3 states that Federal judges to perform their duties impartially.[2]

## TITLE 28 U.S. CODE SECTION 455

This federal statute explicitly mandates that a judge **shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.**

## "SLEIGHT OF HAND" AND JUDICIAL MISCONDUCT

The term "sleight of hand," as used herein, describes those judicial and quasi-judicial actions that undermine impartiality and potentially warrant a motion or complaint for intentionally falsifying facts to create a "record" or manipulating the rules of procedure promulgated by the U.S. Supreme Court.

/s/EMANUEL MCCRAY__
EMANUEL MCCRAY
emanuel.mccray@hotmail.com
(564) 208-7576

[1] Available from https://www.uscourts.gov/administration-policies/judiciary-policies.
[2] Available from https://www.uscourts.gov/administration-policies/judiciary-policies/ethics-policies/code-conduct-united-states-judges.