# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| EMANUEL MCCRAY, | ) Case No.: 3:25-cv-05660-RAJ |
| Plaintiff, | ) |
| v. | ) NOTICE TO THE COURT OF |
| | ) DEFENDANT'S REFUSAL TO |
| MICROSOFT CORPORATION, | ) SETTLE AND CONTINUATION OF |
| | ) BAD BEHAVIOR AND |
| Defendant. | ) MISCONDUCT |

TO THE COURT AND TO COUNSEL:

PLEASE TAKE NOTICE THAT Defendant has doubled-down on its bad behavior and misconduct and is now standing before this Honorable Court on a mound of contradictions and inconsistencies, which are aggregated under ECF 11, 18, 19 and 23.

By filing ECF 23 on October 17, 2025, Defendant sent the clearest message possible that Defendant intends to intentionally increase the costs of this litigation and never settle, regardless of the rules of procedure and the rules of professional conduct to the contrary.

1

Further, by filing ECF 23, Defendant sent an even stronger signal that Defendant believes the Corporation is above the law and should not be subject to default and default judgment proceedings, notwithstanding numerous offers on the docket by Plaintiff to settle and render moot Plaintiff's Motion For Certification of Interlocutory Appeal, ECF 25.

On October 18, 2025, Plaintiff received Notice from the Co-Lead Counsel in the "23andMe" MDL Class Action Litigation "recommend[ing] that members of the U.S. Data Breach Class Action (Class 3) vote to **ACCEPT** the Chapter 11 Plan of Reorganization of In re Chrome Holding Co., et al. (the "Plan") and **ACCEPT** the proposed benefits contemplated in the Settlement (by not opting out of the Settlement)," among other things. See Exhibit 1 attached hereto.

The proposed "23andMe Settlement" makes no mention of the underlying forensic investigations that established the WHO–WHAT–WHEN–WHERE–HOW–WHY (23andMe allowed itself to be breached) and–WHY (and for what purposes the bad actors breached 23andMe), to justify the settlement of "at least $30,000,000 and up to $50,000,000" ($9.38 per individual) to cover genetic harm to approximately 6.9 million users worldwide, including roughly 6.4 million U.S. customers. Moreover, investigation costs were essential to 23andMe's Settlement.

By continuing to extend litigation well beyond what is necessary to bring an end to its bad behavior and misconduct, Defendant Microsoft's ideas of settlement reach well below zero dollars and zero cents.

This is unfortunate given the fact that the crime scene is located within Defendant Microsoft's infrastructure. This no settlement mentality places Defendant directly in the awkward position of obstructing justice and engaging in the spoliation of evidence to protect those who committed crimes when infiltrating Defendant's infrastructure.

In paragraph 2 of ECF 6, this Court has directed that Plaintiff provide a copy of a "proposed order [] attached as a Word−compatible file to an email sent to jonesorders@wawd.uscourts.gov." This directive appears to require the use of Defendant's word processing software, while the Defendant is engaging in bad behavior and misconduct, including refusing to settle for no articulated good cause.

## CONCLUSION

Plaintiff is completely out of settlement offers with the filing of ECF 23 by Defendant Microsoft Corporation.

Submitted respectfully.

DATED this 22nd day of October 2025.

/s/Emanuel McCray
Emanuel McCray

3