

quadient
FIRST-CLASS MAIL
IMI
$003.00

CHROME Ballot Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

CHROME 3850 SRF 91942 ADRID: 30097415 Pa
MCCRAY, EMANUEL
400 W MCLOUGHLIN BLVD APT 5
VANCOUVER WA 98660

Recd 10/18/25

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSE**

91942-04

KELLER
ROHRBACK
L A W   O F F I C E S   •   L. L. P.


CaseyGerry
FRANCAVILLA BLATT LLP

///. STUEVE SIEGEL HANSON

## U.S. Data Breach Class Counsel Letter in Support of Chapter 11 Plan

We are the appointed Co-Lead Counsel in the MDL Class Action Litigation pending in the United States District Court for the Northern District of California, Case No. 3: 24-md-3098 EMC (N.D. Cal.) and Class Counsel in the Chapter 11 proceedings, In re: Chrome Holding Co.(f/k/a 23andMe Holding Co.), et al, Case No. 25-40976-357 (BCW) (E.D. Mo.).

For the reasons set forth below, we recommend that members of the U.S. Data Breach Class Action (Class 3) vote to **ACCEPT** the Chapter 11 Plan of Reorganization of In re Chrome Holding Co., et al. (the "**Plan**") and **ACCEPT** the proposed benefits contemplated in the Settlement (by not opting out of the Settlement), enclosed with this letter.

The Plan encompasses a proposed Settlement of the class action claims reached by the Settlement Class Representatives and 23andMe arising out of the Data Breach announced by 23andMe in October 2023.

Under the Plan, according to the U.S. Data Breach Class Settlement Agreement, the Debtor will pay at least $30,000,000 and up to $50,000,000 into the U.S. Data Breach Class Settlement Fund which will be used to provide the class member benefits and pay fees and expenses set forth in the U.S. Data Breach Settlement Benefits Plan, attached as Exhibit D to the Disclosure Statement, a copy of which is enclosed with this letter as part of the solicitation materials, which include[1]:

(a) Five years of Privacy & Medical Shield + Genetic Monitoring, a comprehensive monitoring service designed for the U.S. Data Breach Class (estimated retail value of $375 per person per year);

(b) Up to $10,000 for payment of Extraordinary Claims, which includes payment for unreimbursed expenses arising out of identity or tax fraud you experienced; reimbursement for expenses associated with the purchase of a physical security or monitoring systems purchased in response to the Cyber Security Incident; and unreimbursed costs or expenses associated with professional mental health counseling incurred as a result of the Cyber Security Incident;

(c) Up to $165 payment for Health Information Claims, which will be sent to all eligible class members; and

---

[1] If the Settlement Fund established is less than $50 million, the class member benefit amounts listed may be reduced proportionally.

91942-04

(d) Statutory Cash Payments estimated at approximately $100 for Class members who were residents of California, Illinois, Oregon and Alaska at any time from May 1, 2023 - October 1, 2023.

If the Plan is approved and becomes effective, you will be able to submit a claim for the benefits for which you qualify in accordance with the U.S. Data Breach Class Settlement Benefits Plan after notice is sent to Settlement Class Members following the bankruptcy plan confirmation hearing, which is currently proposed for November 19, 2025.

U.S. Data Breach Class Counsel support the Plan as it provides for reasonable compensation for the victims of the Data Breach, by offering benefits described above which address the harms experienced by the U.S. Data Breach Class Members.

**The Disclosure Statement contains extensive information with respect to the Plan, and we encourage you to review the Disclosure Statement and Plan carefully before voting. The deadline to vote to accept or reject the Plan is November 6, 2025 by 4:00 p.m. (Central Time).**

Please complete and submit your ballot in accordance with the instructions contained in the solicitation package so that it is received no later than **November 6, 2025 at 4:00 p.m. (Central Time).**

Sincerely,

Cari Campen Laufenberg          Gayle M. Blatt          Norman E. Siegel

*U.S. Data Breach Class Counsel*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>CHROME HOLDING CO. (f/k/a 23ANDME HOLDING CO.), *et al.*,[1]<br><br>          Debtors. | Case No. 25-40976-357<br>Chapter 11<br><br><br><br>(Jointly Administered) |

ENCLOSED WITH YOUR SOLICITATION PACKAGE YOU WILL FIND A FLASH DRIVE CONTAINING THE FOLLOWING DOCUMENTS:

1.  SECOND AMENDED DISCLOSURE STATEMENT FOR THE SECOND AMENDED JOINT PLAN OF CHROME HOLDING CO. AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE (*FULL DOCUMENT WITH ANNEXES AND EXHIBITS FOR EASE OF PRINTING*)

2.  SECOND AMENDED DISCLOSURE STATEMENT FOR THE SECOND AMENDED JOINT PLAN OF CHROME HOLDING CO. AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE (*STANDALONE DOCUMENT WITHOUT ANNEXES AND EXHIBITS*)

| | |
|---|---|
| EXHIBIT A | SECOND AMENDED JOINT PLAN OF CHROME HOLDING CO. AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE |
| EXHIBIT B | CORPORATE STRUCTURE CHART |
| EXHIBIT C | LIQUIDATION ANALYSIS |
| EXHIBIT D | U.S. DATA BREACH CLASS BENEFITS PLAN |
| EXHIBIT E | CANADIAN DATA BREACH CLASS BENEFITS PLAN |
| EXHIBIT F | PIXEL SETTLEMENT CLASS BENEFITS PLAN |

3.  ORDER (I) APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT, (II) APPROVING THE SOLICITATION PROCEDURES AND SOLICITATION PACKAGE, (III) SCHEDULING A CONFIRMATION HEARING, (IV) ESTABLISHING PROCEDURES FOR OBJECTING TO THE PLAN, (V) ESTABLISHING THE CALIFORNIA CLAIMS DETERMINATION PROCEDURES, (VI) APPROVING THE FORM, MANNER, AND SUFFICIENCY OF NOTICE OF THE CONFIRMATION HEARING, (VII) SCHEDULING CERTAIN DATES RELATED THERETO, AND (VIII) GRANTING RELATED RELIEF (*STANDALONE DOCUMENT WITHOUT ANNEXES AND EXHIBITS*)

---

[1]  The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Chrome Holding Co. (0344), ChromeCo, Inc. (7371), Chrome Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595).  The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

October 1, 2025

RE:    **In re Chrome Holding Co. (f/k/a 23andMe Holding Co.), et al.,**
       **Chapter 11 Case No. 25-40976-357 (BCW) (Jointly Administered)**

TO ALL HOLDERS OF CLAIMS AND INTERESTS ENTITLED TO VOTE ON THE PLAN:

Chrome Holding Co. (f/k/a 23andMe Holding Co.) and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors")[1] each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Missouri (the "Bankruptcy Court") on March 23, 2025.

You have received this letter and the enclosed materials because you are entitled to vote on the *Second Amended Joint Plan of Chrome Holding Co. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (as modified, amended, or supplemented from time to time, the "Plan"). On October 1, 2025, the Bankruptcy Court entered an order (the "Disclosure Statement Order"): (a) approving the adequacy of the *Second Amended Disclosure Statement for the Second Amended Joint Plan of Chrome Holding Co. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (the "Disclosure Statement")[2], (b) approving the Solicitation Procedures and Solicitation Packages, (c) scheduling a Confirmation Hearing, (d) establishing procedures for objecting to the Plan, (e) establishing the California Claims Determination Procedures, (f) approving the form, manner, and sufficiency of notice of the Confirmation Hearing, (g) scheduling certain dates related thereto, and (h) granting related relief.

> YOU ARE RECEIVING THIS LETTER BECAUSE YOU ARE ENTITLED TO VOTE ON THE PLAN. THEREFORE, YOU SHOULD READ THIS LETTER CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE. **AS A "RELEASING PARTY" UNDER THE PLAN, YOU ARE DEEMED TO PROVIDE THE RELEASES CONTAINED IN ARTICLE VIII.C OF THE PLAN. IF YOU VOTE TO ACCEPT THE PLAN, YOU SHALL BE DEEMED TO HAVE CONSENTED TO THE RELEASE PROVISIONS SET FORTH IN ARTICLE VIII.C OF THE PLAN. YOU MAY ELECT TO OPT OUT OF THE RELEASES CONTAINED IN ARTICLE VIII.C OF THE PLAN ONLY IF YOU CHECK THE BOX IN ITEM 3 OR ITEM 4, AS APPLICABLE, OF THE BALLOT AND (A) SUBMIT THE BALLOT BUT ABSTAIN FROM VOTING TO ACCEPT OR**

---

[1]    The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: Chrome Holding Co. (0344), ChromeCo, Inc. (7371), Chrome Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

[2]    Capitalized terms not otherwise defined herein have the same meanings as set forth in the Plan or the Disclosure Statement, as applicable.

REJECT THE PLAN OR (B) VOTE TO REJECT THE PLAN. IF YOU (A) VOTE TO
ACCEPT THE PLAN, (B) FAIL TO SUBMIT A BALLOT BY THE VOTING
DEADLINE, (C) SUBMIT A BALLOT BUT ABSTAIN FROM VOTING TO ACCEPT
OR REJECT THE PLAN WITHOUT CHECKING THE BOX IN ITEM 3 OR ITEM 4,
AS APPLICABLE, OF THE BALLOT, OR (D) VOTE TO REJECT THE PLAN
WITHOUT CHECKING THE BOX IN ITEM 3 OR ITEM 4, AS APPLICABLE, OF THE
BALLOT, IN EACH CASE YOU WILL BE DEEMED TO CONSENT TO THE
RELEASES SET FORTH IN ARTICLE VIII.C OF THE PLAN.

In addition to this cover letter, the enclosed materials comprise your Solicitation Package, and were approved by the Bankruptcy Court for distribution to Voting Parties in connection with the solicitation of votes to accept or reject the Plan. The Solicitation Package consists of the following:

a.  the Disclosure Statement, as approved by the Bankruptcy Court (and the exhibits thereto, which include the Plan and exhibits thereto, the Debtors' corporate structure chart, the Liquidation Analysis, the U.S. Data Breach Class Benefits Plan, the Canadian Data Breach Class Benefits Plan, and the Pixel Settlement Class Benefits Plan);

b.  a copy of the Disclosure Statement Order (without exhibits);

c.  the appropriate Ballot with voting instructions for each Voting Party;

d.  the Confirmation Hearing Notice;

e.  this cover letter;

f.  for U.S. Eligible Class Members, a letter from U.S. Data Breach Class Counsel in support of the U.S. Data Breach Settlement and the Plan;

g.  for Canadian Eligible Class Members, a letter from Canadian Data Breach Class Counsel in support of the Canadian Data Breach Settlement and the Plan;

h.  for Pixel Eligible Class Members, a letter from Pixel Class Counsel in support of the Pixel Class Settlement Agreement and the Plan; and

i.  such other materials as the Bankruptcy Court may direct.

Chrome Holding Co. (on behalf of itself and each of the other Debtors) has approved the filing of the Plan and the solicitation of votes to accept or reject the Plan, including the opportunity to opt out of the U.S. Data Breach Settlement Class, Canadian Data Breach Settlement Class, and Pixel Settlement Class (collectively, the "Settlement Classes"), as applicable, and the U.S. Data Breach Class Benefits Plan, Canadian Data Breach Class Benefits Plan, and Pixel Settlement Class Benefits Plan (collectively, the "Class Settlements Benefits Plans"), as applicable. The Debtors believe that accepting the Plan and not opting out of the Settlement Classes and Class Settlements Benefits Plans, as applicable, is in the best interests of their estates and all other parties in interest. The Debtors urge the Voting Parties, including the members of the U.S. Data Breach Settlement

2

Class, the Canadian Data Breach Settlement Class, and the Pixel Settlement Class, to vote in favor of the Plan and not opt out of the Settlement Classes and Class Settlements Benefits Plans, as applicable. Moreover, the Debtors believe that any alternative other than confirmation of the Plan could result in extensive delays and increased administrative expenses, which, in turn, likely would result in smaller distributions (or no distributions) or recoveries on account of Claims and Interests asserted in these Chapter 11 Cases.

> **THE DEBTORS STRONGLY URGE YOU TO PROPERLY AND TIMELY SUBMIT YOUR BALLOT CASTING A VOTE TO ACCEPT THE PLAN AND TO NOT OPT OUT OF THE SETTLEMENT CLASSES AND CLASS SETTLEMENTS BENEFITS PLANS, AS APPLICABLE. THE VOTING DEADLINE IS NOVEMBER 6, 2025, AT 4:00 P.M. (PREVAILING CENTRAL TIME).**

The materials in the Solicitation Package are intended to be self-explanatory. If you should have any questions please feel free to contact Kroll Restructuring Administration LLC (the "Notice and Claims Agent"), by: (a) emailing 23andMeInfo@ra.kroll.com (with "23andMe Solicitation Inquiry" in the subject line) or (b) calling +1 (888) 367-7556 (U.S./Canada, toll free) or +1 (646) 891-5055 (international calls, toll). Please be advised that the Notice and Claims Agent is authorized to answer questions about the solicitation materials, but may *not* advise you as to whether you should vote to accept or reject the Plan or provide any legal advice. If you need legal advice, you should consult an attorney.

You may obtain copies of any pleadings filed in these Chapter 11 Cases, as well as other information regarding these Chapter 11 Cases, free of charge, on the Debtors' case website at https://restructuring.ra.kroll.com/23andMe or, for a fee, on PACER at https://pacer.uscourts.gov/.

Sincerely,

*/s/ Matthew Kvarda*
_____
Matthew Kvarda
Chief Restructuring Officer