UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| EMANUEL MCCRAY, Plaintiff, v. MICROSOFT CORPORATION, Defendant. | Case No. 3:25-cv-05660-RAJ<br><br>NOTICE OF APPEAL |
|---|---|

Plaintiff Emanuel McCray appeals to the United States Court of Appeals for the Ninth Circuit from the ORDER denying Plaintiff's MOTION for Certification of Interlocutory Appeal filed on December 30, 2025 (ECF 30), and the ORDER granting Defendant's MOTION to Compel Arbitrations and Stay Case filed on January 12, 2026 (ECF 31). This appeal is filed on the belief that these Orders are wholly unconstitutional and violate the Supremacy Clause, Article VI, Clause 2 of the U.S. Constitution, the mandatory Oath Clause, Article VI, Clause 3 of the U.S. Constitution, and the Due Process Clause, Fifth Amendment of the U.S. Constitution, and that no further proceedings are available without meaningful appellate review.

s/Emanuel McCray
Emanuel McCray
400 W McLoughlin Blvd. Apt 5
Vancouver, WA 98660
(564) 208-7576
emanuel.mccray@hotmail
*Pro Se*