## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**FILED**

JAN 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EMANUEL McCRAY, AKA TrumpGenius, | No. 26-302 |
| Plaintiff - Appellant, | D.C. No. 3:25-cv-05660-RAJ Western District of Washington, Tacoma |
| v. | |
| MICROSOFT CORPORATION, A Corporation Organized and Existing Under the Laws of the State of Washington, | ORDER |
| Defendant - Appellee. | |

Before: SILVERMAN, PAEZ, and H.A. THOMAS, Circuit Judges.

This court lacks jurisdiction over this appeal because the December 30, 2025 and January 12, 2026 orders challenged in the notice of appeal are not final or immediately appealable. *See* 28 U.S.C. § 1291; *Green v. Occidental Petroleum Corp.*, 541 F.2d 1335, 1338 (9th Cir. 1976) (district court must be "of the opinion" that the criteria of section 1292(b) are met; court of appeals is without authority to assume an appeal unilaterally); *Dees v. Billy*, 394 F.3d 1290, 1294 (9th Cir. 2005) (district court order staying judicial proceedings and compelling arbitration is not appealable). This appeal is therefore dismissed. *See* 9th Cir. R. 3-6(b) (if court

determines it lacks jurisdiction, court may dismiss appeal without notice or further proceedings).

**DISMISSED.**