# EXHIBIT 1

 Outlook

---

## McCray v. Microsoft Corporation 3:25-cv-05660-RAJ

---

**From** Victoria Ericksen <Victoria_Ericksen@wawd.uscourts.gov>

**Date** Thu 4/16/2026 2:48 PM

**To** emanuel.mccray@hotmail.com <emanuel.mccray@hotmail.com>; jimhoward@dwt.com <jimhoward@dwt.com>

Good afternoon,

On January 12th, the Court entered an order granting Microsoft's motion to compel arbitration and to stay the case. The parties were directed to advise the Court on the status of arbitration within 90 days of the January 12th order. Please provide me with an update on the status.

Thanks!
Victoria

---

**Victoria Ericksen**
Courtroom Deputy to Hon. Richard A. Jones and Hon. Robert S. Lasnik
United States District Court
Western District of Washington
(206) 370-8517

