# EXHIBIT 2

**ACMS Case Summary**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 26-302 | **Docketed:** 01/15/2026 |
| **Nature of Suit:** 3370 Other Fraud | **Termed:** 01/27/2026 |
| McCray v. Microsoft Corporation | |
| **Appeal From:** Tacoma, Western Washington | |
| **Fee Status:** Paid | |

**Case Type Information:**
1) Civil
2) Private
3)

**Originating Court Information:**
**District:** Western District of Washington : 3:25-cv-05660-RAJ
**Trial Judge:** Richard A. Jones, District Judge
**Date Filed:** 07/25/2025

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 01/12/2026 | 01/12/2026 | 01/13/2026 | 01/13/2026 |

**Prior Cases:**
> None

**Current Cases:**
> None

1/15/2026   1   **CASE OPENED.** A copy of your notice of appeal / petition filed in 3:25-cv-05660-RAJ has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit.
The U.S. Court of Appeals docket number **26-302** has been assigned to this case. All communications with the court must indicate this Court of Appeals docket number. Please carefully review the docket to ensure the name(s) and contact information are correct.  It is your responsibility to alert the court if your contact information changes.
**Resources Available**
For more information about case processing and to assist you in preparing your brief, please review the Case Opening Information (for attorneys and pro se litigants) and review the Appellate Practice Guide. Attorneys should consider contacting the court's Appellate Mentoring Program for help with the brief and argument. [Entered: 01/15/2026 10:16 AM]

1/15/2026   2   **SCHEDULE NOTICE.** Appeal Answering Brief (No Transcript Due) (Appellee) 3/26/2026, Appeal Opening Brief (No Transcript Due) (Appellant) 2/24/2026. **For appeal no. 26-302, 3:25-cv-05660-RAJ.** All briefs shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.
Failure of the petitioner(s)/appellant(s) to comply with this briefing schedule will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1. [Entered: 01/15/2026 10:19 AM]

1/27/2026   3   **ORDER FILED.** (Barry G. SILVERMAN, Richard A. PAEZ, Holly A. THOMAS)
This court lacks jurisdiction over this appeal because the December 30, 2025 and January 12, 2026 orders challenged in the notice of appeal are not final or immediately appealable. See 28 U.S.C. § 1291; Green v. Occidental Petroleum Corp., 541 F.2d 1335, 1338 (9th Cir. 1976) (district court must be "of the opinion" that the criteria of section 1292(b) are met; court of appeals is without authority to assume an appeal unilaterally); Dees v. Billy, 394 F.3d 1290, 1294 (9th Cir. 2005) (district court order staying judicial proceedings and compelling arbitration is not appealable). This appeal is therefore dismissed. See 9th Cir. R. 3-6(b) (if court  determines it lacks jurisdiction, court may dismiss appeal without notice or further proceedings). DISMISSED. [Entered: 01/27/2026 12:42 PM]

| 2/2/2026 | 4 | **MOTION** to Reconsider Dispositive Order filed by Appellant Emanuel McCray. [Entered: 02/03/2026 09:54 AM] |