THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EMANUEL MCCRAY, also known as "TrumpGenius,"

Plaintiff,

v.

MICROSOFT CORPORATION, a corporation organized and existing under the laws of the State of Washington,

Defendant.

No. 3:25-cv-05660-RAJ

**MICROSOFT'S STATUS REPORT**

MICROSOFT'S STATUS REPORT - (Case No. 3:25-cv-05660-RAJ)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

### <u>MICROSOFT CORPORATION'S STATUS REPORT</u>

Pursuant to the Court's Order entered January 12, 2026, Defendant Microsoft Corporation ("Microsoft"), respectfully provides the Court with the following Status Report:

1.    On January 12, 2026, the Court entered an Order granting Microsoft Corporation's Motion to Compel Arbitration and Stay Case (the "Order," Dkt. # 31). The Order directed the parties to advise the Court of the status of arbitration within ninety (90) days. *Id.* at 12.

2.    On January 13, 2026, Plaintiff Emanuel McCray ("Plaintiff") filed a Notice of Appeal of the Order to the United States Court of Appeals for the Ninth Circuit (Dkt. # 32).

3.    On January 27, 2026, United States Court of Appeals for the Ninth Circuit dismissed Plaintiff's appeal for lack of jurisdiction (Dkt. # 34).

4.    On January 31, 2026, Plaintiff notified Microsoft's counsel of his intent to file a Petition for Panel Rehearing and Rehearing En Banc of the decision dismissing his appeal.

5.    On April 16, 2026, Plaintiff filed an Arbitration Status Update with the Court indicating that the Petition for Panel Rehearing and Rehearing En Banc "remains pending before the Ninth Circuit Court of Appeals" (Dkt. #35 at 2).

6.    As of the date of this Status Report, Microsoft has not been served with a Notice of Dispute or Demand for Arbitration, and arbitration proceedings have not yet commenced.

Microsoft respectfully requests that the stay remain in place for the one-year period ordered by the Court, with dismissal thereafter.

DATED this 17th day of April, 2026.

**DAVIS WRIGHT TREMAINE LLP**
*Attorneys for Defendant Microsoft Corporation*

By /s/  *James Howard*
　　James Howard, WSBA #37259
　　920 Fifth Avenue, Suite 3300
　　Seattle, WA  98104-1610
　　Telephone: 206-757-8883
　　Email: jimhoward@dwt.com

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax